FILED

FEB - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C MDL-00-1369 MHP |
| This Document Relates To: | |
| UMG RECORDINGS, INC. et al., Plaintiffs, v. HUMMER WINBLAD VENTURE PARTNERS et al., Defendants. | No. C 04-1166 MHP |
| UMG RECORDINGS, INC. et al., Plaintiffs, v. BERTELSMANN AG et. al., Defendants. | No. C 04-1351 MHP |
| JERRY LEIBER et al., Plaintiffs, v. BERTELSMANN AG et al., Defendants. | No. C 04-1671 MHP |

UNITED STATES DISTRICT COURT
For the Northern District of California

|  |  |
|---|---|
| CAPITOL RECORDS, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG et. al.,<br><br>Defendants. | No. C 04-2121 MHP |
| BRIDGEPORT MUSIC, INC. et al.,<br><br>Plaintiffs<br><br>v.<br><br>BERTELSMANN AG et. al.,<br><br>Defendants. | No. C 04-2149 MHP |
| BRIDGEPORT MUSIC, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS et al.,<br><br>Defendants. | No. C 04-3004 MHP |

All of the above-captioned actions are before this court as part of the Multidistrict Litigation action In re Napster, Inc. Copyright Litigation, Case No. C-MDL-00-1369 MHP. Henceforth, all filings in any of the above-captioned actions shall be filed **only** in C-MDL-00-1369 MHP, and such filings will be deemed filings in the particular action or actions to which they are pertinent. No filings shall be made in the separate cases which are subsumed in the MDL action. All papers shall bear only the case number C-MDL-00-1369 MHP. The MDL action has been designated for electronic case filing. All future filings in that action shall be subject to General Order Number 45.

IT IS SO ORDERED.

Date: Feb. 3, 2005

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2