KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
MICHAEL H. PAGE - #154913
RAGESH K. TANGRI - #159477
CHRISTA M. ANDERSON - #184325
R. JAMES SLAUGHTER - #192813
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK
BARRY; and JOHN HUMMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | **No. C MDL-00-1369 (MHP)** |
| UMG RECORDINGS, INC., et al. | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | No. C 04-1166 (MHP) |
| v. | |
| HUMMER WINBLAD VENTURE PARTNERS, et al., | |
| Defendants. | |
| UMG RECORDINGS, INC., et al. | |
| Plaintiffs, | |
| v. | No. C 04-1351 MHP |
| BETELSMANN AG, et al., | |
| Defendants. | |

353027.02

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
No. C MDL-00-1369 (MHP)

1   JERRY LEIBER, et al.

2                                         Plaintiffs,
                                                            No. C 04-1671 MHP
3          v.

4   BETELSMANN AG, et al.,

5                                         Defendants.

6
    CAPITAL RECORDS, INC., et al.
7
                                          Plaintiffs,       No. C 04-2121 MHP
8
           v.
9
    BETELSMANN AG, et al.,
10
                                          Defendants.
11

12

13        WHEREAS, at the conclusion of the April 11, 2005 hearing on Defendants' motion for

14   summary judgment, the Court set a Case Management Conference in this matter for June 6,

15   2005, at 2:00 p.m.; and

16        WHEREAS, the Court indicated that the purpose of the June 6 Case Management

17   Conference would be to address the schedule for the remainder of discovery in light of the

18   Court's Order on the summary judgment motion, and directed the parties to meet and confer on

19   this subject and submit a joint statement one week before the June 6 conference; and

20        WHEREAS, the Court issued its Order on Defendants' motion on June 1, and the parties

21   have not yet had a chance to meet and confer in advance of the Case Management Conference;

22   and

23        WHEREAS, the parties believe that it would not be productive to proceed with the Case

24   Management Conference as scheduled on June 6;

25        NOW, THEREFORE, FOR GOOD CAUSE, the parties by and through counsel hereby

26   stipulate and request that the Case Management Conference currently set for June 6, 2005, be

27   taken off calendar; that the parties will contact the Courtroom Deputy the week of June 6 to

28   request an available date for a rescheduled conference; that the parties will meet and confer

1

Case M:00-cv-01369-MHP    Document 661    Filed 06/02/2005    Page 3 of 4

1   regarding the case management schedule prior to that conference; and that the they will submit a

2   joint statement regarding the case management schedule at least one week before the rescheduled

3   conference.

4

5   Dated:  June 2, 2005                                           KEKER & VAN NEST, LLP

6

7

8                                                         By: _____ /s/ _____
                                                             R. JAMES SLAUGHTER
9                                                            Attorneys for Defendants
                                                             HUMMER WINBLAD VENTURE
10                                                           PARTNERS IV, L.P.; HUMMER
                                                             WINBLAD TECHNOLOGY FUND IV,
11                                                           L.P.; HUMMER WINBLAD EQUITY
                                                             PARTNERS IV LLC; HANK BARRY;
12                                                           and JOHN HUMMER

13  Dated:  June 2, 2005                                      WEIL, GOTSHAL & MANGES LLP

14

15

16                                                      By: _____ /s/ _____
                                                             KENNETH L. STEINTHAL
17                                                           Attorneys for Defendants
                                                             BERTELSMANN AG, et al.

18

19  Dated:  June 2, 2005                                      MUNGER, TOLLES & OLSON LLP

20

21

22                                                     By: _____ /s/ _____
                                                             KELLY M. KLAUS
23                                                           Attorneys for Plaintiffs
                                                             UMG RECORDINGS, INC.,
24                                                           INTERSCOPE RECORDS, and
                                                             MOTOWN RECORD COMPANY, L.P.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
No. C MDL-00-1369 (MHP)

Case M:00-cv-01369-MHP    Document 661    Filed 06/02/2005    Page 4 of 4

1    Dated:  June 2, 2005                                FRIED, FRANK, HARRIS,
                                                         SHRIVER & JACOBSON LLP
2

3

4                                                   By: _____/s/_____
                                                         PETER L. SIMMONS
5                                                        Attorneys for Plaintiffs
                                                         CAPITOL RECORDS, et al.
6

7    Dated:  June 2, 2005                                PAUL, WEISS, RIFKIND, WHARTON
                                                         & GARRISON LLP
8

9

10                                                  By: _____/s/_____
                                                         CAREY R. RAMOS
11                                                       Attorneys for Plaintiffs
                                                         JERRY LEIBER, et al.,
12

13       **ORDER**

14          FOR GOOD CAUSE APPEARING, the Court hereby Orders that the Case Management

15   Conference currently set for June 6, 2005, is taken off calendar.  It will be re-set in accordance

16   with the foregoing stipulation.

17          IT IS SO ORDERED.

18

19   Dated:

20   *June 3, 2005*

21

22                                                  _____
                                                         HONORABLE MARILYN HALL PATEL
23

24

25

26

27

28

353027.02          STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
                                      No. C MDL-00-1369 (MHP)