1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  MICHAEL H. PAGE - #154913
   RAGESH K. TANGRI - #159477
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5

Attorneys for Defendants
6  HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
   HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
7  HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK
   BARRY; and JOHN HUMMER
8

FILED
JUN 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE NAPSTER, INC.<br>COPYRIGHT LITIGATION | No. C MDL-00-1369 (MHP)<br>(No. C 04-1166 (MHP)) |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>                    Plaintiffs,<br>     v.<br>HUMMER WINBLAD VENTURE<br>PARTNERS, et al.,<br><br>                    Defendants. | STIPULATION AND ORDER |

353521.01

1  It is hereby stipulated that the Case Management Conference previously scheduled for
2  June 6, 2005, is hereby reset for 2:30 p.m. on July 11, 2005. A joint Case Management
3  Conference Statement shall be filed on or before Tuesday, July 5, 2005.

4

5  Dated: June 10, 2005                                    KEKER & VAN NEST, LLP

6

7

8                                              By:    _____/s/_____
                                                MICHAEL H. PAGE
9                                               Attorneys for Defendants
                                                HUMMER WINBLAD VENTURE
10                                              PARTNERS IV, L.P.; HUMMER
                                                WINBLAD TECHNOLOGY FUND IV,
11                                              L.P.; HUMMER WINBLAD EQUITY
                                                PARTNERS IV LLC; HANK BARRY;
12                                              and JOHN HUMMER

13  Dated: June 10, 2005                                    WEIL, GOTSHAL & MANGES LLP

14

15

16                                              By:    _____/s/_____
                                                KENNETH L. STEINTHAL
17                                              Attorneys for Defendants
                                                BERTELSMANN AG, et al.
18

19  Dated: June 10, 2005                                    MUNGER, TOLLES & OLSON LLP

20

21

22                                              By:    _____/s/_____
                                                KELLY M. KLAUS
23                                              Attorneys for Plaintiffs
                                                UMG RECORDINGS, INC.,
24                                              INTERSCOPE RECORDS, and
                                                MOTOWN RECORD COMPANY, L.P.
25

26

27

28

353521.01

1
STIPULATION AND ORDER
No. C MDL-00-1369 (MHP)

1  Dated: June 10, 2005

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP

By: _____/s/_____
PETER L. SIMMONS
Attorneys for Plaintiffs
CAPITOL RECORDS, et al.

7  Dated: June 10, 2005

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____/s/_____
CAREY R. RAMOS
Attorneys for Plaintiffs
JERRY LEIBER, et al.,

IT IS SO ORDERED.

Dated: 6/22/05

_____
HONORABLE MARILYN HALL PATEL

353521.01

2
STIPULATION AND ORDER
No. C MDL-00-1369 (MHP)