# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT ISSUES |
| THIS DOCUMENT RELATES TO: | |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | No. C 04-1166 MHP |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BERTELSMANN AG, et al.,<br><br>Defendants. | No. C 04-1351 MHP |

354551.01

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT, C-MDL-00-1369 (MHP)

NY1:\1336518\0102\SN9$0102!.DOC\19401.0003

| | |
|---|---|
| LEIBER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BERTELSMANN AG, et al.,<br><br>　　　　Defendants. | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BERTELSMANN AG, et al.,<br><br>　　　　Defendants. | No. C 04-2121 MHP |

WHEREAS, at the November 22, 2004 status conference, the Court set a schedule for pretrial fact discovery, as well as expert proffers and dispositive motions relating to the same; and

WHEREAS, the Court, at the April 11, 2005 hearing on defendants' summary judgment motion, directed the parties to meet and confer regarding the case management schedule following the release of the Court's memorandum and order on that motion; and

WHEREAS, the Court issued its memorandum and order on defendants' motion on June 1, and the parties have met and conferred and have agreed that the case management schedule should be modified as provided herein;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The case management schedule adopted at the November 22, 2004 status conference shall be modified as follows:

　　a. The date for completion of such fact discovery as the Court ordered, at the November 22, 2004 status conference, to be completed by October 7, 2005 shall be changed to March 31, 2006. The Parties are continuing to discuss the scope of discovery that

354551.01　　　　　　　　　　　　　　　　　　- 1 -　　　　STIPULATION AND [PROPOSED] ORDER RE CASE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MANAGEMENT, C-MDL-00-1369 (MHP)

1  is to be completed after March 31, 2006 (the "deferred discovery"), and expect to present a more comprehensive definition at or in advance of the July 11 Case Management Conference;

    b. The date for all parties to file statements regarding expert proffers in accordance with the Court's direction at the November 22, 2004 status conference shall be changed from October 17, 2005 to April 10, 2006. The parties shall appear for a status conference regarding the expert proffers on April 17, 2006, at 2:00 p.m., or at such other date and time as set by the Court.

    c. The last day for parties to file dispositive motions shall be extended from November 30, 2005, to May 31, 2006. Nothing herein shall preclude any party from filing prior to May 31, 2006 any dispositive motion that it believes is supported by the facts and the law, nothing herein shall preclude any party from opposing any such motion on any ground that it believes is supported by the facts and the law, and nothing herein shall preclude any party from filing dispositive motions related to deferred discovery at a date after the completion of all discovery.

    2. The parties shall continue to meet and confer on a complete case management schedule setting forth further deadlines for discovery, expert disclosures, and the like, and expect to submit an agreed-upon schedule or proposals to the Court in advance of or at the July 11 Case Management Conference.

///
///
///
///
///
///
///
///

354551.01   - 2 -   STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT, C-MDL-00-1369 (MHP)

| | | |
|---|---|---|
| DATED: July 5, 2005 | | MUNGER, TOLLES & OLSON LLP |
| | By: | /s/ |
| | | GLENN D. POMERANTZ |
| | | Attorneys for UMG Plaintiffs |
| DATED: July 5, 2005 | | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| | By: | /s/ |
| | | PETER L. SIMMONS |
| | | Attorneys for EMI Plaintiffs |
| DATED: July 5, 2005 | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | By: | /s/ |
| | | CAREY R. RAMOS |
| | | Attorneys for LEIBER Plaintiffs |
| DATED: July 5, 2005 | | KEKER & VAN NEST, LLP |
| | By: | /s/ |
| | | MICHAEL H. PAGE |
| | | Attorneys for HUMMER WINBLAD Defendants |
| DATED: July 5, 2005 | | WEIL, GOTSHAL & MANGES LLP |
| | By: | /s/ |
| | | KENNETH L. STEINTHAL |
| | | Attorneys for BERTELSMANN Defendants |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

July 6, 2005

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*Judge Marilyn H. Patel*

354551.01

- 3 -

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT, C-MDL-00-1369 (MHP)

354551.01