**FILED**

JUL 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE DATE |
| THIS DOCUMENT RELATES TO: | |
| UMG RECORDINGS, INC., et al., <br>            Plaintiffs, <br>    vs. <br>HUMMER WINBLAD VENTURE PARTNERS, et al., <br>            Defendants. | No. C 04-1166 MHP |
| UMG RECORDINGS, INC., et al., <br>            Plaintiffs, <br>    vs. <br>BERTELSMANN AG, et al., <br>            Defendants. | No. C 04-1351 MHP |

1112379. 1

NY1:\1336518\0102\SN9S0102!.DOC\19401.0003

STIPULATION AND [PROPOSED] ORDER RE STATUS
CONFERENCE, C-MDL-00-1369 (MHP)

| | | |
|---|---|---|
| 1 | LEIBER, et al., | No. C 04-1671 MHP |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | BERTELSMANN AG, et al., | |
| 5 | Defendants. | |
| 6 | CAPITOL RECORDS, INC., et al., | No. C 04-2121 MHP |
| 7 | Plaintiffs, | |
| 8 | vs. | |
| 9 | BERTELSMANN AG, et al., | |
| 10 | Defendants. | |

WHEREAS, by Clerk's Notice filed July 11, 2005, the Court rescheduled the July 11, 2005 status conference to July 27, 2005, at 10:00 a.m.; and

WHEREAS, because of scheduling conflicts, counsel have agreed to request that the status conference be rescheduled to July 26, 2005, provided that the date is convenient for the Court;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Provided that it is convenient for the Court, the status conference on calendar for July 27, 2005, at 10:00 a.m. shall be rescheduled for July 26, 2005, at a time to be set by the Court.

1112379.1

- 1 -   STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE, C-MDL-00-1369 (MHP)

DATED: July 19, 2005

MUNGER, TOLLES & OLSON LLP

By: ___/s/___
GLENN D. POMERANTZ

Attorneys for UMG Plaintiffs

DATED: July 19, 2005

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: ___/s/___
PETER L. SIMMONS

Attorneys for EMI Plaintiffs

DATED: July 19, 2005

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: ___/s/___
CAREY R. RAMOS

Attorneys for LEIBER Plaintiffs

DATED: July 19, 2005

KEKER & VAN NEST, LLP

By: ___/s/___
CHRISTA M. ANDERSON

Attorneys for HUMMER WINBLAD Defendants

DATED: July 19, 2005

WEIL, GOTSHAL & MANGES LLP

By: ___/s/___
KENNETH L. STEINTHAL

Attorneys for BERTELSMANN Defendants

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the status conference set for July 27, 2005 is rescheduled to July 26, 2005, at 10:00 a.m.

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE