

**FILED**

OCT 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING STATUS CONFERENCE DATE |
| THIS DOCUMENT RELATES TO: | |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | No. C 04-1166 MHP |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BERTELSMANN AG, et al.,<br><br>Defendants. | No. C 04-1351 MHP |

1135341.1

NY1:\1336518\04\02\SN9$04!02!.DOC\19401.0003

STIPULATION AND [PROPOSED] ORDER RE STATUS
CONFERENCE, C-MDL-00-1369 (MHP)

| | |
|---|---|
| LEIBER, et al., <br><br>  Plaintiffs, <br><br>  vs. <br><br> BERTELSMANN AG, et al., <br><br>  Defendants. | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC., et al., <br><br>  Plaintiffs, <br><br>  vs. <br><br> BERTELSMANN AG, et al., <br><br>  Defendants. | No. C 04-2121 MHP |

WHEREAS, by Clerk's Notice filed October 5, 2005, the Court rescheduled a status conference from October 24, 2005 to November 3, 2005, at 3:00 p.m.; and

WHEREAS, because of scheduling conflicts involving depositions in this matter, counsel have agreed to request that the November 3, 2005 date be vacated, and that the parties determine with the assistance of the Courtroom Deputy a new date for the status conference that is convenient for the Court and counsel;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Provided that it is convenient for the Court, the status conference on calendar for November 3, 2005, at 3:00 p.m. shall be vacated. Counsel for the parties shall contact the Courtroom Deputy to discuss rescheduling the conference.

| | | |
|---|---|---|
| 1 | DATED: October 24, 2005 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By: _____/s/_____<br>KELLY M. KLAUS |
| 3 | | Attorneys for UMG Plaintiffs |
| 4 | DATED: October 24, 2005 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 5 | | |
| 6 | | By: _____/s/_____<br>PETER L. SIMMONS |
| 7 | | Attorneys for EMI Plaintiffs |
| 8 | DATED: October 24, 2005 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 9 | | |
| 10 | | By: _____/s/_____<br>LYNN B. BAYARD |
| 11 | | Attorneys for LEIBER Plaintiffs |
| 12 | DATED: October 24, 2005 | KEKER & VAN NEST, LLP |
| 13 | | By: _____/s/_____<br>CHRISTA M. ANDERSON |
| 14 | | |
| 15 | | Attorneys for HUMMER WINBLAD Defendants |
| 16 | DATED: October 24, 2005 | WEIL, GOTSHAL & MANGES LLP |
| 17 | | By: _____/s/_____<br>KENNETH L. STEINTHAL |
| 18 | | |
| 19 | | Attorneys for BERTELSMANN Defendants |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the status conference set for November 3, 2005 is vacated. Counsel shall contact the Courtroom Deputy to discuss rescheduling the conference.

10/26/05

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE