| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|  | JOHN W. KEKER - #49092 |
| 2 | MICHAEL H. PAGE - #154913 |
|  | RAGESH K. TANGRI - #159477 |
| 3 | 710 Sansome Street |
|  | San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
|  | Facsimile:  (415) 397-7188 |
| 5 | jwk@kvn.com |
|  | mhp@kvn.com |
| 6 | rkt@kvn.com |

Attorneys for Defendants
HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK
BARRY; and JOHN HUMMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | **No. C MDL-00-1369 (MHP)** (No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al. | **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiffs, | Date: February 9, 2006 |
| v. | Time: 2 p.m. |
|  | Dept: 15 |
| HUMMER WINBLAD VENTURE PARTNERS, et al., | Judge: Hon. Marilyn Hall Patel |
| Defendants. | |

WHEREAS on January 5, 2006, Defendants Hummer Winblad Venture Partners IV, L.P., Hummer Winblad Technology Fund IV, L.P., Hummer Winblad Equity Partners IV, L.L.C., Hank Barry, and John Hummer (collectively the "Hummer Winblad Defendants") served a motion to compel deposition testimony and production of documents by nonparty Warner Music Group ("Warner").

1

STIPULATION AND [PROPOSED] ORDER
No. C MDL-00-1369 (MHP)

365621.03

1 WHEREAS this motion is scheduled for hearing on February 9, 2006; AND

2 WHEREAS Warner cannot attend the February 9, 2006 hearing:

3 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and
4 subject to approval of the Court, that the hearing date for this motion be moved to February 16,
5 2006 at 2:30 p.m., that the deadline for Warner to serve and file its opposing papers to the
6 motion to compel is extended to January 26, 2006 and the deadline for the Hummer Winblad
7 Defendants' reply is also extended to February 2, 2006.  This request is made pursuant to the
8 attached declaration submitted by Warner.

Dated:  January 19, 2006

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019


By: _____/s/ Peter T. Barbur_____
Peter T. Barbur
Attorney for Nonparty
WARNER MUSIC GROUP P


Dated:  January 19, 2006

KEKER & VAN NEST, LLP


By: _____/s/ Shana N. Stanton_____
Shana N. Stanton
Attorneys for Defendants
HUMMER WINBLAD VENTURE
PARTNERS IV, L.P.; HUMMER
WINBLAD TECHNOLOGY FUND IV,
L.P.; HUMMER WINBLAD EQUITY
PARTNERS IV LLC; HANK BARRY;
and JOHN HUMMER

1  The Court having considered the parties' papers, and with good cause appearing, the Court hereby orders that:

2  The hearing date on this motion shall be held on February 16, 2006 at 2:30 p.m..

3  Warner's opposition shall be due January 26, 2006.

4  The Hummer Winblad Defendants' reply shall be due February 2, 2006.

5      IT IS SO ORDERED.

6

7

8  Dated: 1/20/2006



                                                MARILYN HALL PATEL
Judge, United States District Court