1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO.  C-MDL-00-1369 MHP <br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE** |
| This Document Relates to: | |
| UMG RECORDINGS, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br>Defendants. | No. C 04-1166 MHP |

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG, et al.,<br>Defendants. | No. C 04-1351 MHP |
| JERRY LEIBER, et al.,<br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG, et al.,<br>Defendants. | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG, et al.,<br>Defendants. | No. C 04-2121 MHP |

WHEREAS, the Hummer Winblad Defendants filed and served their Motion To Compel iMesh-Related Deposition Testimony And Documents From Plaintiffs And iMesh on January 5, 2006;

WHEREAS, all parties to the aforementioned motion have discussed and agreed to the following briefing schedule on the aforementioned motion;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The time for the EMI Plaintiffs, the UMG Plaintiffs and iMesh to file their opposition shall be January 23, 2006;

2. The time for the Hummer Winblad Defendants to file their reply shall be January 30, 2006.

3. The time for hearing before this Court shall be February 9, 2006, at 2:30 p.m.

1154723.1 — - 1 - — STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | DATED:  January 19, 2006 | MUNGER, TOLLES & OLSON LLP |

By:/s/ Glenn D. Pomerantz
      GLENN D. POMERANTZ

Attorneys for Plaintiffs
UMG RECORDINGS, INC., INTERSCOPE RECORDS, and MOTOWN RECORD COMPANY, L.P.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By:/s/ Peter L. Simmons
      PETER L. SIMMONS

Attorneys for Plaintiffs
CAPITOL RECORDS, et al.

KEKER & VAN NEST, LLP

By:/s/ Christa Anderson
      CHRISTA ANDERSON

Attorneys for Defendants
HUMMER WINBLAD VENTURE PARTNERS et al.

MEISTER SEELIG & FEIN LLP

By: /s/ Jeffrey Kimmel
       JEFFREY KIMMEL

Attorneys for Third Party iMesh

1154723.1 — - 2 - — STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

1

**ORDER**

2

IT IS SO ORDERED.

3

4

__1/20/2006_____

5

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*