1  GLENN D. POMERANTZ (State Bar No. 112503)
   KELLY M. KLAUS (State Bar No. 161091)
2  ERIC J. LORENZINI (State Bar No. 218433)
   SUSAN TRAUB BOYD (State Bar No. 229664)
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
4  Los Angeles, CA 90071-1560
   Telephone:  (213) 683-9100
5  Facsimile:  (213) 687-3702
   Attorneys for Plaintiffs
6  UMG RECORDINGS, INC., et al.

FILED
FEB - 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN 2 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP |
|---|---|
| This Document Relates To: | No. C 04-1166 MHP |
| UMG RECORDINGS, INC., et al., Plaintiffs, vs. HUMMER WINBLAD VENTURE PARTNERS, et al., Defendants. | [PROPOSED] ORDER TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF UMG'S OPPOSITION TO HUMMER WINBLAD'S MOTION TO COMPEL |

ORIGINAL

1156770.1

[PROPOSED] ORDER TO FILE UNDER SEAL
PORTIONS OF POMERANTZ DECL. IN SUPPORT OF
OPP. TO HUMMER'S MOT. TO COMPEL UNDER
SEAL NO. C-MDL-00-1369 (MHP)

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Exhibits 1, 2, 10-13, 15, 19-20, 23-29, 32, and 33-37 to the Declaration of Glenn D. Pomerantz in Support of UMG's Opposition to Hummer Winblad's Motion to Compel be filed under seal.

The Clerk of the court shall maintain said documents in accordance with the provisions of Local Civil Rule 79-5(e).

IT IS SO ORDERED.

DATED: 1/31/06

_____
MARILYN HALL PATEL
Judge of the United States District Court

1156770.1 [PROPOSED] ORDER TO FILE UNDER SEAL PORTIONS OF POMERANTZ DECL. IN SUPPORT OF OPP. TO HUMMER'S MOT. TO COMPEL UNDER SEAL NO. C-MDL-00-1369 (MHP)

1