**FILED**

FEB 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EVIDENTIARY ISSUES REGARDING DOCUMENTS |
| THIS DOCUMENT RELATES TO: | |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | No. C 04-1166 MHP |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BERTELSMANN AG, et al.,<br><br>Defendants. | No. C 04-1351 MHP |

1152296.1

STIPULATION AND [PROPOSED] ORDER RE
EVIDENTIARY ISSUES, C-MDL-00-1369 (MHP)

| | |
|---|---|
| LEIBER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BERTELSMANN AG, et al., <br><br> Defendants. | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BERTELSMANN AG, et al., <br><br> Defendants. | No. C 04-2121 MHP |

WHEREAS, the volume of documents produced by the parties in this litigation is substantial;

WHEREAS, the parties desire to minimize the need to examine witnesses regarding foundational issues regarding documents whose authenticity and status as business records are not disputed;

WHEREAS, on October 14, 2005, the parties filed a Stipulation and [Proposed] Order Regarding Evidentiary Issues Regarding Documents, which has not yet been entered as a Court Order;

WHEREAS, the parties anticipate discussing the Stipulation and [Proposed] Order Regarding Evidentiary Issues Regarding Documents with the Court at the next scheduled hearing, on February 9, 2006, and believe it is appropriate in the interim to agree to extend the deadlines to which they previously stipulated.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. On or before February 17, 2006, the parties shall identify for one another those documents they believe to be relevant to the first phase of discovery that such parties would like to request other parties to stipulate are authentic, Fed. R. Evid. 901, and/or business records

of the party producing them, Fed. R. Evid. 803(6), without the need for further testimony as to these foundational elements.

    2.    On or before March 17, 2006, each party of whom a request has been made pursuant to Paragraph 1 above shall, with respect to each such document so identified, either agree to the requested stipulation or state briefly the basis upon which it declines to enter into the requested stipulation. If a party believes that the number of documents about which a request has been made under Paragraph 1 makes it infeasible to respond by March 17, 2006, the parties shall agree upon a reasonable extension of this deadline, in which event the first phase fact discovery deadline shall be extended solely for the purposes of facilitating the completion of the procedures set forth in Paragraphs 3 and 4 below regarding those documents that remain in dispute.

    3.    On or before April 3, 2006, the parties will meet and confer in an attempt to resolve any disagreements that may remain regarding questions of authenticity and/or the business records status of any of the documents that are the subject of a request as provided in Paragraph 1.

    4.    The parties reserve their rights to seek a resolution from the Court with respect to any document(s) as to which the parties are unable to resolve their disagreements pursuant to Paragraph 3. Should the Court determine that further discovery is required to resolve any such dispute, the first phase fact discovery period shall be extended for purposes of accommodating this discovery.

    5.    Except for the stipulations provided herein, this Stipulation does not affect any party's right to object to the introduction of any document on any ground not addressed by this stipulation.

| | | |
|---|---|---|
| 1 | DATED: January 9, 2006 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: ___/s/___<br>GLENN D. POMERANTZ |
| 4 | | Attorneys for UMG Plaintiffs |
| 5 | DATED: January 9, 2006 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 6 | | |
| 7 | | By: ___/s/___<br>PETER L. SIMMONS |
| 8 | | |
| 9 | | Attorneys for EMI Plaintiffs |
| 10 | DATED: January 9, 2006 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 11 | | |
| 12 | | By: ___/s/___<br>CAREY R. RAMOS |
| 13 | | Attorneys for LEIBER Plaintiffs |
| 14 | DATED: January 9, 2006 | KEKER & VAN NEST, LLP |
| 15 | | |
| 16 | | By: ___/s/___<br>MICHAEL H. PAGE |
| 17 | | Attorneys for HUMMER WINBLAD Defendants |
| 18 | | |
| 19 | DATED: January 9, 2006 | WEIL, GOTSHAL & MANGES LLP |
| 20 | | By: ___/s/___<br>KENNETH L. STEINTHAL |
| 21 | | |
| 22 | | Attorneys for BERTELSMANN Defendants |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

FEB 1 0 2006

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

1152296.1

- 3 -

STIPULATION AND [PROPOSED] ORDER RE
EVIDENTIARY ISSUES, C-MDL-00-1369 (MHP)