KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
MICHAEL H. PAGE - #154913
RAGESH K. TANGRI - #159477
CHRISTA M. ANDERSON - #184325
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jwk@kvn.com
mhp@kvn.com
rkt@kvn.com
cma@kvn.com

Attorneys for Defendants
HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK BARRY; and JOHN HUMMER

FILED
FEB 21 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C MDL-00-1369 (MHP)<br>(No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | [PROPOSED] ORDER GRANTING HUMMER WINBLAD DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL<br><br>Date: March 2, 2006<br>Time: 2:30 PM<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel |

---

[PROPOSED] ORDER GRANTING HUMMER WINBLAD DEFENDANTS'
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
No. C MDL-00-1369 (MHP)

367508.01

1    Pursuant to Civil Local Rule 7-10 and 79-5, the Hummer Winblad Defendants have *an unredacted copy of* applied to this Court for an order to file under seal their Reply in Support of Motion of the Hummer Winblad Defendants to Compel Production of Documents Previously Withheld by Plaintiffs as Privileged, as well as the documents and declaration filed in support of the Reply, *and a redacted copy of each with the* which motion was filed on February 16, 2006. The Hummer Winblad Defendants have submitted the Declaration of Christa M. Anderson in support of its motion to file under seal, *minimum of redactions* stating these documents lodged contain information designated Confidential under the Protective Order in this matter by Plaintiffs or Third parties.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the Reply, the supporting Declaration of Christa Anderson, and exhibits thereto, set forth in Hummer Winblad's Administrative Request to file documents under seal, be filed under seal.

The Clerk of the court shall maintain said declaration and exhibits in accordance with the provisions of Local Civil Rule 79-5(e).

IT IS SO ORDERED.

Dated: 2/21/06

_____
MARILYN HALL PATEL
Judge of the United States District Court

---

[PROPOSED] ORDER GRANTING HUMMER WINBLAD DEFENDANTS'
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
No. C MDL-00-1369 (MHP)

367508.01