| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER & VAN NEST, LLP<br>JOHN W. KEKER - #49092<br>MICHAEL H. PAGE - #154913<br>RAGESH K. TANGRI - #159477<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br>jwk@kvn.com<br>mhp@kvn.com<br>rkt@kvn.com |
| 7<br>8<br>9 | Attorneys for Defendants HUMMER WINBLAD VENTURE<br>PARTNERS IV, L.P.; HUMMER WINBLAD TECHNOLOGY<br>FUND IV, L.P.; HUMMER WINBLAD EQUITY PARTNERS IV<br>LLC; HANK BARRY; and JOHN HUMMER |

RECEIVED MAR 28 AM / FILED MAR 29 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC.<br>COPYRIGHT LITIGATION<br><br>UMG RECORDINGS, INC., et al.<br>          Plaintiffs,<br>     v.<br>HUMMER WINBLAD VENTURE<br>PARTNERS, et al.,<br>          Defendants. | No. C MDL-00-1369 (MHP)<br>(No. C 04-1166 (MHP))<br><br>[~~PROPOSED~~] ORDER GRANTING<br>APPLICATION FOR ADMISSION OF<br>ATTORNEY *PRO HAC VICE* |

ROSE DARLING, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is 710 Sansome Street, San Francisco, California 94111, (415) 391-5400, having applied in the above-entitled action for admission to practice in the Northern District of California *pro hac vice*, representing defendants Hummer Winblad Venture Partners, Hummer Winblad Venture Partners IV, L.P., Hummer Winblad Venture Partners Technology Fund IV, L.P., Hummer Winblad Equity Partners IV LLC, Hank Barry, and John Hummer (the "Hummer

1

1  Winblad Defendants") in the above-entitled action.

2

3  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil. Local Rule 11-3. All papers filed by the attorney must indicate appearance
5  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
6  application will constitute notice to the party. All future filings in this action are subject to the
7  requirements contained in General Order No. 45, *Electronic Case Filing*.
8  Dated: 3/29, 2006

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE