1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO.  C-MDL-00-1369 MHP |
| | STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT ISSUES |
| THIS DOCUMENT RELATES TO: | |
| UMG RECORDINGS, INC., et al.,  Plaintiffs,  vs.  HUMMER WINBLAD VENTURE PARTNERS, et al.,  Defendants. | No. C 04-1166 MHP |
| UMG RECORDINGS, INC., et al.,  Plaintiffs,  vs.  BERTELSMANN AG, et al.,  Defendants. | No. C 04-1351 MHP |

1182095.

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT, C-MDL-00-1369 (MHP)

| | |
|---|---|
| LEIBER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BERTELSMANN AG, et al.,<br><br>　　　　　Defendants. | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BERTELSMANN AG, et al.,<br><br>　　　　　Defendants. | No. C 04-2121 MHP |

WHEREAS, pursuant to the Court's ruling at the March 31, 2006 hearing, the Phase I discovery cut-off (except for certain depositions that all parties consented to taking shortly thereafter) was set as April 30, 2006; and

WHEREAS, Civil Local Rule 26-2 provides that, unless the Court orders otherwise, "no motions to compel discovery may be filed more than 7 court days after the discovery cut-off"; and

WHEREAS, the parties are involved in ongoing meet and confer discussions regarding written discovery responses, as set forth below, and are attempting to resolve any remaining issues without the need for motions related to the same; and

WHEREAS, Paragraph 2.b of the Court's July 26, 2005 Order Regarding Case Management Issues, as modified by the revised Phase I discovery cut-off, provides that, by May 10, 2006, all parties shall "file statements regarding expert proffers in accordance with the Court's direction at the November 22, 2004 status conference"; and

WHEREAS, the parties have agreed that the following modifications are in the parties' joint interests and respectfully request that such changes be made to the case management schedule;

NOW, THEREFORE, THE PARTIES, THROUGH THEIR COUNSEL, HEREBY STIPULATE AND REQUEST THE COURT ENTER AS FOLLOWS:

1. The Bertelsmann Defendants and Plaintiffs will continue to meet and confer regarding the deficiencies the propounding party has raised on or before May 9, 2006, to the responding party, either by email and/or letter, concerning the objections and/or responses served to the following discovery requests, and, failing resolution of those issues, any motions related to the same shall be filed on or before June 12, 2006:

    a. Bertelsmann's first sets of requests for admission propounded on each of the UMG, EMI and Leiber Plaintiffs.

    b. Bertelsmann's fourth sets of interrogatories propounded on each of the UMG and EMI Plaintiffs, and Bertelsmann's third set of interrogatories propounded on the Leiber Plaintiffs.

    c. Bertelsmann's fifth sets of interrogatories and fourth sets of document requests propounded on each of the UMG and EMI Plaintiffs; Bertelsmann's fourth set of interrogatories and third set of document requests propounded on the Leiber Plaintiffs; and Bertelsmann's second sets of requests for admission propounded on each of the UMG and EMI Plaintiffs.

    d. Plaintiffs' second set of interrogatories propounded on Bertelsmann.

    e. Plaintiffs' amended fifth and sixth sets of interrogatories propounded on Bertelsmann.

2. The UMG and EMI Plaintiffs and the Hummer Winblad Defendants shall have until June 12, 2006, within which to conclude any meet and confer discussions and to file any motions related to the discovery requests they have served on each other.

| 1182095. | - 2 - | STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT, C-MDL-00-1369 (MHP) |

3. The parties shall continue to meet and confer about an appropriate schedule for expert proffers to replace the schedule set forth in the Court's July 26, 2005 Order, and, given those discussions, the parties agree that such expert proffers should not be due on May 10, 2006. The parties agree that they shall, within thirty days of this stipulation shall, notify the Court of the status of those conferences and, if no agreeable date has yet been reached, request the Court set such a date.

DATED:  May 8, 2006                                MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
KELLY M. KLAUS
Attorneys for UMG Plaintiffs

DATED:  May 8, 2006                                FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____/s/_____
PETER L. SIMMONS
Attorneys for EMI Plaintiffs

DATED:  May 8, 2006                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____/s/_____
CAREY R. RAMOS
Attorneys for LEIBER Plaintiffs

DATED:  May 8, 2006                                KEKER & VAN NEST, LLP

By: _____/s/_____
MICHAEL H. PAGE
Attorneys for HUMMER WINBLAD Defendants

DATED:  May 8, 2006                                WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
R. BRUCE RICH
Attorneys for BERTELSMANN Defendants

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

IT IS SO ORDERED.
/s/ Judge Marilyn H. Patel

May 9, 2006                                        _____
                                                   MARILYN H. PATEL
                                                   DISTRICT JUDGE

1182095.                                           STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT, C-MDL-00-1369 (MHP)