PETER L. SIMMONS
MITCHELL EPNER
FRIED FRANK HARRIS SHRIVER & JACOBSON
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Plaintiffs
CAPITOL RECORDS, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>~~[PROPOSED]~~ **ORDER TO FILE PORTIONS OF THE DECLARATION OF PETER L. SIMMONS IN SUPPORT OF EMI'S MOTION FOR STAY, MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND [PROPOSED] MOTION FOR RECONSIDERATION AND PORTIONS OF [PROPOSED] MOTION FOR RECONSIDERATION UNDER SEAL** |
| This document relates to: | |
| UMG RECORDINGS, INC., et al.,<br>            Plaintiffs,<br>v.<br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br>            Defendants. | No. C 04-1166 MHP |

C MDL-00-1369 (MHP)  - 1 -  [PROPOSED] ORDER TO FILE PORTIONS OF SIMMONS DECLARATION AND [PROPOSED] MOTION FOR RECONSIDERATION UNDER SEAL

1 **[PROPOSED] ORDER**

2    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that

Exhibits 1, 3, 4 and 5 to the Declaration of Peter L. Simmons in Support of EMI's Motion For

Stay Pending Appeal, Motion For Leave To File Motion For Reconsideration and [Proposed]

Motion For Reconsideration and the table appearing on page 8 of the [Proposed] Motion For

Reconsideration to be filed under seal.

   The Clerk of the Court shall maintain said documents in accordance with the provisions of

Civil Local Rule 79-5(e).

   IT IS SO ORDERED

Dated: May 31, 2006

_____
IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

529616.1