1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  MICHAEL H. PAGE - #154913
   RAGESH K. TANGRI - #159477
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6  HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
   HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
7  HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK
   BARRY; and JOHN HUMMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | **No. C MDL-00-1369 (MHP)** (No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER** |

It is hereby stipulated that the briefing and hearing schedule for the UMG and EMI Plaintiffs' Motion for Terminating Sanctions, or, Alternatively, for Evidentiary Sanctions for Intentional Spoliation of Evidence, previously noticed for hearing July 17, 2006, shall be as follows:

| | |
|---|---|
| July 21, 2006: | Hummer Winblad Parties' Opposition Brief |
| August 24, 2006: | Plaintiffs' Reply Brief |
| September 7, 2006: | (or the Court's first available date thereafter) 2 p.m. Hearing |

Dated: June 23, 2006                                KEKER & VAN NEST, LLP


By:  _____/s/_____
MICHAEL H. PAGE
Attorneys for Defendants
HUMMER WINBLAD VENTURE
PARTNERS IV, L.P.; HUMMER
WINBLAD TECHNOLOGY FUND IV,
L.P.; HUMMER WINBLAD EQUITY
PARTNERS IV LLC; HANK BARRY;
and JOHN HUMMER

Dated: June 23, 2006                                MUNGER, TOLLES & OLSON LLP


By:  _____/s/_____
KELLY M. KLAUS
Attorneys for Plaintiffs
UMG RECORDINGS, INC.,
INTERSCOPE RECORDS, and
MOTOWN RECORD COMPANY, L.P.

Dated: June 23, 2006                             FRIED, FRANK, HARRIS,
                                                 SHRIVER & JACOBSON LLP


                                        By:  _____/s/_____
                                             PETER L. SIMMONS
                                             Attorneys for Plaintiffs
                                             CAPITOL RECORDS, et al.


IT IS SO ORDERED.

Dated: July 14, 2006

_____
HON. MARILYN H. PATEL

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Marilyn H. Patel]*