KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
MICHAEL H. PAGE - #154913
RAGESH K. TANGRI - #159477
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
jwk@kvn.com
mhp@kvn.com
rkt@kvn.com

Attorneys for Defendants
HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
HUMMER WINBLAD EQUITY PARTNERS IV L.L.C.; HANK
BARRY; and JOHN HUMMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | **No. C MDL-00-1369 (MHP)** <br> (No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al. <br><br> Plaintiffs, <br><br> v. <br><br> HUMMER WINBLAD VENTURE PARTNERS, et al., <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY )** <br><br> **NOBUYUKI IDEI** |

1        WHEREAS, on February 24, 2006 this Court issued a letter rogatory, respectfully
2   requesting that the Japanese authority cause it to be served upon Nobuyuki Idei, Japanese citizen
3   and former Chairman and CEO, currently Chief Corporate Advisor, of Sony Corporation, 6-7-35
4   Kitashinagawa, Shinagawa-ku, Tokyo, 141-0001 Japan; AND
5        WHEREAS this Court has respectfully requested that counsel for the Hummer Winblad
6   Defendants and the UMG and EMI plaintiffs be permitted to attend any proceedings and
7   question Mr. Idei; AND
8        WHEREAS, the Bertelsmann Defendants' request that they also be permitted to attend
9   any proceedings and question Mr. Idei was inadvertently omitted from the letter rogatory that
10  issued on February 24, 2006; AND
11       WHEREAS, the Hummer Winblad Defendants, the UMG and EMI plaintiffs, and
12  Bertelsmann Defendants request that they be allowed use of simultaneous interpretation
13  personnel and equipment and be permitted to communicate with their Japanese counsel during
14  the execution of the letter rogatory to ensure the letters rogatory process is efficiently and
15  successfully carried out; AND
16       WHEREAS, unless a disclosure of counsel is effectuated by order of this Court, the
17  parties would be required to execute powers of attorney in order to be represented by Japanese
18  counsel any proceedings before the Japanese authorities;
19       THEREFORE, the parties hereby disclose their Japanese counsel as follows:
20       For the Hummer Winblad Defendants:
21       Koji Nishimura and Ryuichi Aoki of Matsuo & Kosugi, Fukoku Seimei Bldg. 18F, 2-2-2
22  Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011 Japan, telephone (03) 3500 0331.
23       For the Bertelsmann Defendants:
24       Shiro Kuniya of Oh-Ebashi LPC & Partners, Kishimoto Building 2F, 2-1, Marunouchi 2-
25  Chome, Chiyoda-ku, Tokyo, 100-0005, Japan, telephone: (03)5224-5566 and Umedashinmichi
26  Building 8F, 1-5, Dojima 1-Chome, Kita-ku, Osaka, 530-0003, Japan, telephone (06) 6341-
27  7406).
28       For the EMI Plaintiffs:

1  Mr. Kazuo Ohtake of Nagashima Ohno & Tsunematsu, Kioicho Building, 3-12 Kioicho,
2  Chiyoda-Ku, Tokyo 102-0094 Japan, telephone (03) 35116116.
3  For the UMG Plaintiffs:
4  Yoji Maeda and Yuki Terazawa of O'Melveny & Myers, Meiji Yasuda Seimei Building,
5  11th Floor 2-1-1, Marunouchi Chiyoda-ku Tokyo 100-0005, Japan, telephone (03) 5293 2700.
6  IT IS SO STIPULATED.

Dated:  June 8, 2006              KEKER & VAN NEST, LLP


                                  By:   /s/ Shana N. Stanton
                                  Shana N. Stanton
                                  Attorneys for Defendants
                                  HUMMER WINBLAD VENTURE PARTNERS IV,
                                  L.P.; HUMMER WINBLAD TECHNOLOGY FUND
                                  IV, L.P.; HUMMER WINBLAD EQUITY
                                  PARTNERS IV LLC; HANK BARRY; and JOHN
                                  HUMMER

Dated:  June 8, 2006              MUNGER, TOLLES & OLSON LLP


                                  By:   /s/ Kelly Klaus
                                  Kelly Klaus
                                  Attorneys for UMG Plaintiffs

Dated:  June 8, 2006              FRIED, FRANK, HARRIS, SHRIVER &
                                  JACOBSON LLP


                                  By:   /s/ Peter Simmons
                                  Peter Simmons
                                  Attorneys for EMI Plaintiffs

373366.01

STIPULATION AND [PROPOSED] ORDER REGARDING LETTER ROGATORY
No. C MDL-00-1369 (MHP)

Dated: June 8, 2006                                       WEIL, GOTSHAL & MANGES LLP

                                                By:   /s/ Gayle Rosenstein
                                                      Gayle Rosenstein
                                                      Attorneys for BERTELSMAN AG, BERTELSMANN,
                                                      INC., and BeMUSIC, INC.

## [~~PROPOSED~~] ORDER

The Court having considered the parties' requests, hereby orders that:

(A) a request that the Bertelsmann Defendants be permitted to attend any proceedings and question Mr. Idei be transmitted to the Japanese authorities by delivering this stipulation and order concurrently with the letter rogatory issued on February 24, 2006; AND

(B) a request that the parties be permitted to use of simultaneous interpretation personnel and equipment and be permitted to communicate with their Japanese counsel during the execution of the letter rogatory be transmitted to the Japanese authorities by delivering this stipulation and order concurrently with the letter rogatory issued on February 24, 2006; AND

(B) the parties are permitted to disclose to their Japanese counsel to the Japanese authorities through this stipulation and order, and this Court requests that the disclosure be delivered concurrently with the letter rogatory issued on February 24, 2006.

IT IS SO ORDERED.

Dated: July 21, 2006

_____
MARILYN H. PATEL
United States District Court

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Marilyn H. Patel)*