CAREY R. RAMOS (*pro hac vice*)
LYNN B. BAYARD (*pro hac vice*)
DARREN W. JOHNSON (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

STAN G. ROMAN (State Bar No.87652)
TRACY M. CLEMENTS (State Bar No.184150)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

*Attorneys for Leiber et al.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP |
| LEIBER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BERTELSMANN AG, et al.,<br><br>   Defendants. | No. C 04-1671 MHP<br><br>[~~PROPOSED~~] ORDER APPROVING NOTICE OF CLASS ACTION |

The Court, having reviewed Leiber plaintiffs' proposed Notice of Class Action and finding it to be in compliance with Federal Rule of Civil Procedure 23(c)(2), hereby APPROVES the Notice.

Dated: July 28, 2006

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE