1  GLENN D. POMERANTZ (State Bar No. 112503)
   KELLY M. KLAUS (State Bar No. 161091)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702
   Attorneys for Plaintiffs
5  UMG RECORDINGS, INC., et al.

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  IN RE NAPSTER, INC. COPYRIGHT          CASE NO.  C-MDL-00-1369 MHP
    LITIGATION
13                                          **STIPULATION AND [PROPOSED] ORDER
                                            OF DISMISSAL WITH PREJUDICE**
14  This Document Relates To:

15                                          No. C 04-1351 MHP
    UMG RECORDINGS, INC., et al.,
16
                Plaintiffs,
17
        vs.
18
    BERTELSMANN AG, et al.,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1209674.1                                   STIPULATION AND [PROPOSED] ORDER OF
                                            DISMISSAL WITH PREJUDICE C-MDL-001369 (MHP)

1  Plaintiffs UMG Recordings, Inc., Interscope Records, and Motown Record Company, L.P., and Defendants Bertelsmann AG, Bertelsmann, Inc. and BMG Columbia House, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned action, including all claims raised in the Complaint filed therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement reached by the parties in this action, the contents of which have been deemed confidential by the parties. The parties stipulate that this Court will retain jurisdiction to enforce the settlement agreement.

DATED: September 6, 2006

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
GLENN D. POMERANTZ

Attorneys for Plaintiffs
UMG RECORDINGS, INC., INTERSCOPE RECORDS, and MOTOWN RECORD COMPANY, L.P.

DATED: September 6, 2006

WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
R. BRUCE RICH

Attorneys for Defendants
BERTELSMANN AG, BERTELSMANN, INC. and BMG COLUMBIA HOUSE, INC.

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

September 7, 2006

_____
HON. MARILYN H. PATEL
DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

1209674.1

- 1 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE C-MDL-01369 (MHP)