| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Adam R. Sand #217712<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 4 | Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>arsand@jonesday.com |
| 6 | |
| 7 | Attorneys for Third Party,<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER COPYRIGHT LITIGATION | Case No.  C MDL-00-1369 (MHP) |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER |

WHEREAS Hummer Winblad filed a motion to compel against non-party Apple Computer, Inc. (Apple), on August 9, 2006;

WHEREAS Apple has requested additional time to prepare its opposition papers;

///

///

///

///

///

1   IT IS HEREBY STIPULATED by Hummer and Apple that the hearing on the motion to
2   compel (Document No. 1053) shall be continued from October 2, 2006 to October 16, 2006, at
3   2:00 p.m.. This is without prejudice to Apple's grounds for opposing the motion.

Dated: September 12, 2006          JONES DAY

                                   By: _____
                                        Adam R. Sand

                                   Attorneys for Third Party
                                   APPLE COMPUTER, INC.

Dated: September ___, 2006         KEKER & VAN NEST

                                   By: _____
                                        Rose Darling

                                   Attorneys for Defendant
                                   HUMMER WINBLAD

Dated: September 18, 2006          IT IS SO ORDERED

                                   By: _____
                                        U.S. District Judge

SFI-554592v1

*IT IS SO ORDERED — Judge Marilyn H. Patel* [stamp]

1  IT IS HEREBY STIPULATED by Hummer and Apple that the hearing on the motion to
2  compel (Document No. 1053) shall be continued from October 2, 2006 to October 16, 2006, at
3  2:00 p.m.. This is without prejudice to Apple's grounds for opposing the motion.
4
5  Dated: September ___, 2006                JONES DAY
6
7                                            By: _____
8                                                 Adam R. Sand
9                                            Attorneys for Third Party
                                              APPLE COMPUTER, INC.
10
11 Dated: September 12, 2006                 KEKER & VAN NEST
12
13                                            By: _____
                                                  Rose Darling
14
15                                            Attorneys for Defendant
                                              HUMMER WINBLAD
16 Dated: September ___, 2006                **IT IS SO ORDERED:**
17
18                                            By: _____
19                                                 The Honorable Marilyn H. Patel
20                                            U.S. DISTRICT COURT JUDGE
21
22 SFI-554592v1
23
24
25
26
27
28