Robert A. Mittelstaedt #060359
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
arsand@jonesday.com

Attorneys for Third Party,
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER COPYRIGHT LITIGATION | Case No.  C MDL-00-1369 (MHP) |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER |

   WHEREAS Hummer Winblad filed a motion to compel against non-party Apple Computer, Inc. (Apple), on August 9, 2006;

   WHEREAS Apple did not learn of the motion until on or about August 17, 2006;

   WHEREAS the parties need additional time to meet and confer;

///

///

///

STIP AND [PROPOSED] ORDER
C MDL-00-1369 (MHP)

1    IT IS HEREBY STIPULATED by Hummer and Apple that the hearing on the motion to
2  compel (Document No. 1053) shall be continued from October 16, 2006 to October 23, 2006, at
3  2:00 p.m.. This is without prejudice to Apple's grounds for opposing the motion.

5  Dated: September 25, 2006             JONES DAY

7                                         By: _____
                                              Adam R. Sand

9                                         Attorneys for Third Party
                                          APPLE COMPUTER, INC.

11  Dated: September 25, 2006            KEKER & VAN NEST

13                                        By: _____
                                              Rose Darling

15                                        Attorneys for Defendant
                                          HUMMER WINBLAD

16  Dated: September 26, 2006            **IT IS SO ORDERED:**

18                                        By: _____
19                                            The Honorable Marilyn H. Patel
20                                            U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

SFI-555231v1

STIP AND [PROPOSED] ORDER
C MDL-00-1369 (MHP)

2