1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER** |
|---|---|
| LEIBER, et al.,<br>       Plaintiffs,<br>  v.<br>BERTELSMANN AG, et al.,<br>       Defendants. | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC., et al.,<br>       Plaintiffs,<br>  v.<br>BERTELSMANN AG, et al.,<br>       Defendants. | No. C 04-2121 MHP |

| | |
|---|---|
| UMG RECORDINGS, INC. et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>HUMMER WINBLAD VENTURE PARTNERS et al.,<br><br>       Defendants. | No. C 04-1166 MHP |

WHEREAS, the Leiber and EMI Plaintiffs filed and served their Notice of Conditional Motion and Motion for Continuance of Bertelsmann's Motion for Summary Judgment [FRCP 56(f)] on September 22, 2006, and noticed that Conditional Motion for hearing on November 14, 2006;

WHEREAS, the UMG and EMI Plaintiffs filed and served their Notice of Conditional Motion and Motion for Continuance of Hummer Winblad's Motion for Summary Judgment [FRCP 56(f)] on September 22, 2006, and noticed that Conditional Motion for hearing on November 14, 2006;

WHEREAS, pursuant to the September 7, 2006 Stipulation and Order, October 27, 2006 is the time by which the Bertelsmann Defendants and the Hummer Winblad Defendants must file and serve their reply briefs in support of their respective Motions for Summary Judgment, and the Motions for Summary Judgment are set for hearing on November 14, 2006;

WHEREAS, under the Local Rules, the Bertelsmann and Hummer Winblad Defendants' oppositions to the aforementioned Conditional Motions under FRCP 56(f) otherwise would be due not later than October 24, 2006; and

WHEREAS, the Bertelsmann and Hummer Winblad Defendants have requested, and all plaintiffs have agreed, that the oppositions to the aforementioned Conditional Motions under FRCP 56(f) be due on the same date as the defendants' summary judgment reply briefs, *i.e.*, on October 27, 2006;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The time for the Bertelsmann Defendants to file their opposition to the Leiber and EMI Plaintiffs' Motion for Continuance of Bertelsmann's Motion for Summary Judgment shall be October 27, 2006;

2. The time for the Hummer Winblad Defendants to file their opposition to the UMG and EMI Plaintiffs' Motion for Continuance of Hummer Winblad's Motion for Summary Judgment shall be October 27, 2006.

Dated: 10/04/06　　　　　　　　　　/s/ R. Bruce Rich
R. Bruce Rich *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
Attorneys for Bertelsmann Defendants

Dated: 10/04/06　　　　　　　　　　/s/ Glenn D. Pomerantz
Glenn D. Pomerantz
MUNGER, TOLLES & OLSON LLP
Attorneys for UMG Plaintiffs

Dated: 10/04/06　　　　　　　　　　/s/ Peter L. Simmons
Peter L. Simmons
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Attorneys for EMI Plaintiffs

Dated: 10/04/06　　　　　　　　　　/s/ Lynn B. Bayard
Lynn B. Bayard *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Leiber Plaintiffs

Dated: 10/04/06　　　　　　　　　　/s/ R. James Slaughter
R. James Slaughter
KEKER & VAN NEST LLP
Attorneys for Hummer Winblad Defendants

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED. pp 1-3 Stipulation.

5  Dated: 10/5/2006

   _____
   Hon. M
   UNITED
   *Signed: Judge Marilyn H. Patel*
   IT IS SO ORDERED