```
KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
MICHAEL H. PAGE - #154913
RAGESH K. TANGRI - #159477
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jwk@kvn.com
mhp@kvn.com
rkt@kvn.com

Attorneys for Defendants
HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
HUMMER WINBLAD EQUITY PARTNERS IV L.L.C.; HANK
BARRY; and JOHN HUMMER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | **No. C MDL-00-1369 (MHP)**<br>(No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>　　　　　　Defendants. | **STIPULATION REGARDING REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**<br><br>**NOBUYUKI IDEI** |

1    WHEREAS, on February 24, 2006, at the request of the Hummer Winblad Defendants
2 (which the other parties did not oppose), this Court issued a letter rogatory, respectfully
3 requesting that the Japanese authority cause it to be served upon Nobuyuki Idei, Japanese citizen
4 and former Chairman and CEO, currently Chief Corporate Advisor, of Sony Corporation, 6-7-35
5 Kitashinagawa, Shinagawa-ku, Tokyo, 141-0001 Japan;

6    WHEREAS, on June 8, 2006 the parties submitted a joint Stipulation and Proposed Order
7 Regarding Request for International Judicial Assistance (Letter Rogatory);

8    WHEREAS, on July 21, 2006 the Court signed the Stipulation and Proposed Order
9 Regarding Request for International Judicial Assistance (Letter Rogatory); and

10   WHEREAS, counsel for the Hummer Winblad Defendants has learned that the Supreme
11 Court of Japan, Civil Affairs Bureau has requested that the order signed by this Court on July 21,
12 2006 be resubmitted in the format of the Supplement to Request for International Judicial
13 Assistance (Letter Rogatory), attached at tab A to this stipulation;

14   THEREFORE, the Hummer Winblad Defendants hereby request (and the other parties do
15 not object, and stipulate that the form of the Supplement is acceptable) that the Court issue the
16 attached Supplement to Request for International Judicial Assistance (Letter Rogatory).

17   IT IS SO STIPULATED.

Dated: October 26, 2006           KEKER & VAN NEST, LLP


                        By:   /s/ Shana N. Stanton
                              Shana N. Stanton
                              Attorneys for Defendants
                              HUMMER WINBLAD VENTURE PARTNERS IV,
                              L.P.; HUMMER WINBLAD TECHNOLOGY FUND
                              IV, L.P.; HUMMER WINBLAD EQUITY
                              PARTNERS IV LLC; HANK BARRY; and JOHN
                              HUMMER

373366.02

---

1
STIPULATION REGARDING LETTER ROGATORY
No. C MDL-00-1369 (MHP)

| | | |
|---|---|---|
| 1 | Dated: October 26, 2006 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Kelly Klaus |
| 5 | | Kelly Klaus<br>Attorneys for UMG Plaintiffs |
| 6 | Dated: October 26, 2006 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Peter Simmons |
| 10 | | Peter Simmons<br>Attorneys for EMI Plaintiffs |
| 11 | Dated: October 26, 2006 | WEIL, GOTSHAL & MANGES LLP |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Gayle Rosenstein |
| 15 | | Gayle Rosenstein<br>Attorneys for BERTELSMAN AG, BERTELSMANN, INC., and BeMUSIC, INC. |

# ATTACHMENT A

Case 3:00-cv-00369-MHP Document 187 Filed 10/26/2006 Page 4 of 11


```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  MICHAEL H. PAGE - #154913
    RAGESH K. TANGRI - #159477
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5  jwk@kvn.com
    mhp@kvn.com
 6  rkt@kvn.com

 7  Attorneys for Defendants
    HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
 8  HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
    HUMMER WINBLAD EQUITY PARTNERS IV L.L.C.; HANK
 9  BARRY; and JOHN HUMMER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC.<br>COPYRIGHT LITIGATION | No. C MDL-00-1369 (MHP)<br>(No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>                    Defendants. | **SUPPLEMENT TO REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**<br><br>**NOBUYUKI IDEI** |

382675.01

SUPPLEMENT TO REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)
No. C MDL-00-1369 (MHP)

The United States District Court for the Northern District of California presents its greetings to the government of Japan, and respectfully requests the assistance of the courts of Japan in connection with the proceeding before this court in the above-captioned matter. The United States District Court for the Northern District of California assures the government of Japan and the appropriate judicial authority designated to execute this request that the courts of the United States are authorized to assist foreign tribunals in the executions of letters rogatory for assistance in similar matters.

The United States District Court for the Northern District of California, on February 24, 2006 issued a Request for International Judicial Assistance (Letter Rogatory), respectfully requesting that the Japanese authority cause it to be served upon Nobuyuki Idei, former Chairman and CEO of Sony Corporation with offices in Tokyo, Japan.

By way of this Supplement to Request for International Judicial Assistance (Letter Rogatory), the United States District Court for the Northern District of California would like to supplement the aforementioned Request for International Judicial Assistance (Letter Rogatory) and requests the assistance of the courts of Japan with respect to the matters described herein, as necessary in the interests of justice.

The United States District for the Northern District of California respectfully would like to supplement the Request for International Judicial Assistance (Letter Rogatory) regarding Nobuyuki Idei, former Chairman and CEO of Sony Corporation as follows:

(1) Nobuyuki Idei is a Japanese citizen;

(2) Nobuyuki Idei is currently Chief Corporate Advisor of Sony Corporation;

(3) Nobuyuki Idei's address: is Sony Corporation, 6-7-35 Kitashinagawa, Shinagawa-ku, Tokyo, 141-0001 Japan;

(4) The Court and the parties request that the Hummer Winblad Defendants and its counsel and the UMG and EMI plaintiffs and their counsel be permitted to attend any proceedings and question Mr. Idei;

(5) The Court and the parties request that the Bertelsmann Defendants and its counsel be permitted to attend any proceedings and question Mr. Idei;

1  (6)    The Court and the parties request that the Hummer Winblad Defendants and its counsel,
2  the UMG and EMI plaintiffs and their counsel, and the Bertelsmann Defendants and its counsel
3  be allowed use of simultaneous interpretation personnel and equipment and be permitted to
4  communicate with their Japanese counsel during the execution of the letter rogatory to ensure the
5  letters rogatory process is efficiently and successfully carried out; AND
6  (7)    The parties hereby disclose their Japanese counsel as follows:
7        For the Hummer Winblad Defendants:
8        Koji Nishimura and Ryuichi Aoki of Matsuo & Kosugi, Fukoku Seimei Bldg. 18F, 2-2-2
9  Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011 Japan, telephone (03) 3500 0331.
10       For the Bertelsmann Defendants:
11       Shiro Kuniya of Oh-Ebashi LPC & Partners, Kishimoto Building 2F, 2-1, Marunouchi 2-
12  Chome, Chiyoda-ku, Tokyo, 100-0005, Japan, telephone: (03)5224-5566 and Umedashinmichi
13  Building 8F, 1-5, Dojima 1-Chome, Kita-ku, Osaka, 530-0003, Japan, telephone (06) 6341-7406).
14       For the EMI Plaintiffs:
15       Mr. Kazuo Ohtake of Nagashima Ohno & Tsunematsu, Kioicho Building, 3-12 Kioicho,
16  Chiyoda-Ku, Tokyo 102-0094 Japan, telephone (03) 35116116.
17       For the UMG Plaintiffs:
18       Yoji Maeda and Yuki Terazawa of O'Melveny & Myers, Meiji Yasuda Seimei Building,
19  11th Floor 2-1-1, Marunouchi Chiyoda-ku Tokyo 100-0005, Japan, telephone (03) 5293 2700.
20
21
22       IT IS SO ORDERED.
23  Dated:   10/27/06
                                    _____
24                                   MARILYN HALL PATEL
                                     Judge of the United States District Court
25
26
27
28

〔 翻訳 〕

KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
MICHAEL H. PAGE - #154913
RAGESH K. TANGRI - #159477
710 Sansome Street
San Francisco, CA 94111-1704
電話：(415)391-5400
ファックス：(415)397-7188
jwk@kvn.com
mhp@kvn.com
rkt@kvn.com

被告弁護団
HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
HUMMER WINBLAD EQUITY PARTNERS IV L.L.C.; HANK BARRY; and JOHN HUMMER

合衆国連邦地方裁判所

カリフォルニア北(部)地区

| | |
|---|---|
| IN RE NAPSTER, INC.<br>著作権訴訟 | 番号：C MDL-00-1369 (MHP)<br>(番号：C 04-1166 (MHP)) |
| UMG レコード・インク<br>(UMG RECORDINGS, INC.,)他<br>　　　　　　　　　　　原告<br>対<br>ハマーウィンブラッド・ベンチャー・パートナーズ(HUMMER WINBLAD VENTURE PARTNERS)、他<br>　　　　　　　　　　　被告 | 国際司法共助（証人尋問要求書）に関する補充書<br><br>出井伸之氏 |

- 1 -

〔 翻訳 〕

　カリフォルニア北(部)地区連邦地方裁判所は、日本国政府に挨拶を送り、上述の件につき当裁判所にて係争中の訴訟に関して日本の裁判所の共助を謹んで要請する。カリフォルニア州北(部)地区連邦地方裁判所は、日本国政府及び本要請を執行するにあたって指定される適切な司法当局に対し、合衆国裁判所は嘱託尋問書の執行に関し、同様の件で外国の裁判所を共助する権限を与えられていることを確約する。

　合衆国カリフォルニア北(部)地区連邦地方裁判所は、

　2006年2月24日、日本当局に対し、日本国東京に事業所を有するソニー株式会社の元会長兼CEOである出井伸之氏に証人尋問を行うよう謹んで要請を行った。

　国際司法共助(嘱託尋問書)請求に関するこの補充書により、合衆国カリフォルニア北(部)地区連邦裁判所は、上記の国際司法共助(嘱託尋問書)請求を補充することを希望しており、司法の利益のため必要とされる通り、本書中に記載された事項に関して日本の裁判所に支援を要請する。

　カリフォルニア州北(部)地区連邦地方裁判所は、ソニー株式会社の元会長兼CEOである出井伸之氏に関する国際司法共助(嘱託尋問書)要請を下記のとおり補充することを希望する：

(1)　　　出井伸之氏は、日本国籍を有する者であり；

(2)　　　出井伸之氏は、ソニー株式会社の現最高顧問であり；

(3)　　　出井伸之氏の住所は：ソニー株式会社、〒141-0001　日本国東京都品川区北品川6-7-35であり；

(4)　　　当裁判所及び当事者らは、被告Hummer Winblad及びその代理人並びに原告UMG及びEMI及びその代理人が審理に出廷し出井氏に質問する許可を得たい旨について、

(5)　　　当裁判所及び当事者らは、被告Bertelsmann及びその代理人が審理に出廷し出井氏に質問する許可を得たい旨、

(6)　　　当裁判所及び当事者らは、被告Hummer Winblad及びその代理人、原告UMG及びEMI及びその代理人、並びに被告Bertelsmann及びその代理人は、嘱託尋問書の執行中、嘱託尋問手続きが効率的かつ問題なく確実に実行されるよう、同時通訳者および機材の使用を許され、日本人弁護士との意思の疎通が許可されるよう、それゆえ、

(7)　　　当事者等は本書により、その日本人弁護士を下記の通り開示する：

〔翻訳〕

被告 Hummer Winblad：

松尾綜合法律事務所　西村光治および青木龍一　住所：〒100-0011　東京都千代田区内幸町2-2-2　富国生命ビル18階。電話：(03)3500-0331。

被告 Bertelsmann：

大江橋法律事務所　国谷史朗　住所：〒100-0005　東京都千代田区丸の内2丁目2-1　岸本ビルディング2階　電話：(03)5224-5566　および〒530-0003　大阪府大阪市北区堂島1丁目1-5　梅田新道ビル8階　電話：(06)6341-7406。

原告 EMI：

長島・大野・常松法律事務所　大武和夫　住所：〒102-0094　東京都千代田区紀尾井町3-12　紀尾井町ビル　電話：(03)3511-6116.

原告 UMG：

オメルベニー・アンド・マイヤーズ法律事務所　前田陽司および寺澤幸裕　住所：〒100-0005　東京都千代田区丸の内2-1-1　明治安田生命ビル11階　電話：(03)5293-2700

このとおり命令する。

日付：

　　　　　　　　　　　　　　　　　　　　　　　　　　_____

マリリン・ホール・ペイテル

合衆国連邦地方裁判所判事

- 3 -

# MATSUO & KOSUGI
### ATTORNEYS AT LAW
FUKOKU SEIMEI BLDG, 18 F
2-2-2 UCHISAIWAI-CHO CHIYODA-KU
TOKYO, (100-0011) JAPAN

TELEPHONE: (81) 3-3500-0331
(RECEPTION)

Japan　日本　　　　　　　　　　　　　　　　　　　　）
City of Tokyo　東京　　　　　　　　　　　　　　　　）　ss:
Embassy of the United States of America　米国大使館　）

I, Ryuichi Aoki, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following document, Supplement to Request for International Judicial Assistance (Letter Rogatory), from English into Japanese.

私こと、青木龍一 (Ryuichi Aoki) は、以下の翻訳が、私が知り確信する限りにおいて、以下の添付書類（国際司法共助（証人尋問要求書）に関する補充書）についての英語から日本語への真実かつ正確な翻訳であることをここに保証します。

_____
Ryuichi Aoki

青 木 龍 一
青木 龍一

Sworn to before me this　　　　　　　　　　本日、私の前で宣誓した

—th Day of October 2006 OCT 24 2006　　　　2006年10月　　日 OCT 24 2006

Subscribed and sworn to before me on ___OCT 24 2006_____.

_____
Consul of the United States of America at Tokyo, Japan
Holding an indefinite commission.
Jason K. Hackworth
Vice Consul of the
United States of America