1  Robert A. Mittelstaedt #060359
   Adam R. Sand #217712
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 626-3939
4  Facsimile:   (415) 875-5700
   ramittelstaedt@jonesday.com
5  arsand@jonesday.com

6

7  Attorneys for Third Party,
   APPLE COMPUTER, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE NAPSTER COPYRIGHT          Case No. C MDL-00-1369 (MHP)
   LITIGATION
12

13

14 UMG RECORDINGS, INC., et al.,
                                    STIPULATION AND
15            Plaintiffs,            [PROPOSED] ORDER RE: BRIEFING
                                    SCHEDULE
16     v.

17 HUMMER WINBLAD VENTURE
   PARTNERS, et al.,
18
              Defendants.
19

20

21    WHEREAS the Hummer Winblad Defendants filed a motion to compel against non-party

22 Apple Computer, Inc. (Apple), on August 9, 2006;

23    WHEREAS the Court ordered that no hearing take place; and

24    WHEREAS the parties have attempted to meet and confer on the issues set forth in the

25 motion without success.

26 ///

27 ///

28 ///

                                              STIP AND [PROPOSED] ORDER
                                              C MDL-00-1369 (MHP)

1  IT IS HEREBY STIPULATED by the Hummer Winblad Defendants and Apple that the
2  briefing schedule for the motion to compel (Document No. 1053) shall be:
3  Apple's Opposition due November 10, 2006.
4  The Hummer Winblad Defendants' Reply due November 28, 2006.

6  Dated: October 31, 2006

JONES DAY

By: /s/ Adam R. Sand
    Adam R. Sand

Attorneys for Third Party
APPLE COMPUTER, INC.

12  Dated: October 31, 2006

KEKER & VAN NEST

By: /s/ Rose Darling
    Rose Darling

Attorneys for Defendant
THE HUMMER WINBLAD DEFENDANTS

17  Dated: November 6, 2006

IT IS SO ORDERED:

By: /s/ Marilyn H. Patel
    The Honorable Marilyn H. Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

SFI-556755v1