MATTHEW D. POWERS (Bar No. 104795)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California  94065-1175
Telephone: (650) 802-3000
Facsimile:  (650) 802-3100

R. BRUCE RICH (*pro hac vice*)
KENNETH L. STEINTHAL (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendants
BERTELSMANN AG, BERTELSMANN, INC., and BeMUSIC, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXPERT DISCOVERY** |
| UMG RECORDINGS, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>BERTELSMANN AG, et al.,<br><br>          Defendants. | No. C 04-1351 MHP |
| LEIBER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>BERTELSMANN AG, et al.,<br><br>          Defendants. | No. C 04-1671 MHP |

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | No. C 04-2121 MHP |
| Plaintiffs, | |
| v. | |
| BERTELSMANN AG, et al., | |
| Defendants. | |
| UMG RECORDINGS, INC. et al., | No. C 04-1166 MHP |
| Plaintiffs, | |
| v. | |
| HUMMER WINBLAD VENTURE PARTNERS et al., | |
| Defendants. | |

WHEREAS, the parties have met and conferred regarding the discoverability of certain expert (testifying and non-testifying) materials,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT APPROVE THE FOLLOWING:

No party shall be required to produce in discovery the following materials: (i) materials reviewed by an expert (testifying and non-testifying) but not relied on by such expert in forming the opinions contained in such expert's report or declaration, including but not limited to communications between parties (including counsel) and their respective testifying or non-testifying experts; and (ii) draft expert reports and draft expert declarations.

Dated:  8/9/06

/s/ R. Bruce Rich
R. Bruce Rich *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendants Bertelsmann AG,
Bertelsmann, Inc. and BeMusic, Inc.

STIPULATION AND [PROPOSED] ORDER REGARDING
EXPERT DISCOVERY

Case No. C-MDL-00-1369 MHP

2

1

Dated:  8/9/06                         /s/ Glenn D. Pomerantz
                                       Glenn D. Pomerantz
2                                      MUNGER, TOLLES & OLSON LLP
                                       Attorneys for Plaintiffs UMG Recordings, Inc. et. al.
3

4

Dated:  8/9/06                         /s/ Peter L. Simmons
                                       Peter L. Simmons
5                                      FRIED, FRANK, HARRIS, SHRIVER &
                                       JACOBSON LLP
6                                      Attorneys for Plaintiffs Capitol Records, Inc. et. al.

7

8

Dated:  8/9/06                         /s/ Lynn B. Bayard
                                       Lynn B. Bayard *(pro hac vice)*
9                                      PAUL, WEISS, RIFKIND, WHARTON &
                                       GARRISON LLP
10                                     Attorneys for Plaintiffs Leiber et. al.

11

Dated:  8/9/06                         /s/ R. James Slaughter
                                       R. James Slaughter
12                                     KEKER & VAN NEST LLP
                                       Attorneys for Defendants Hummer Winblad Venture
13                                     Partners et al.

14

15
                              **[PROPOSED] ORDER**

16
        PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18
Dated:  11/6/2006

19                                     Hon. Marilyn Hall Patel
                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28