1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE NAPSTER, INC. COPYRIGHT
LITIGATION

**No. C MDL-00-1369 MHP**

This Document Relates To:

UMG RECORDINGS, INC. et al.,

          Plaintiffs,

No. C 04-1166 MHP

    v.

HUMMER WINBLAD VENTURE PARTNERS et al.,

          Defendants.

UMG RECORDINGS, INC. et al.,

          Plaintiffs,

No. C 04-1351 MHP

    v.

BERTELSMANN AG et. al.,

          Defendants.

JERRY LEIBER et al.,

          Plaintiffs,

No. C 04-1671 MHP

    v.

BERTELSMANN AG et al.,

          Defendants.

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CAPITOL RECORDS, INC. et al.,

      Plaintiffs,

      v.

BERTELSMANN AG et. al.,

      Defendants.

No. C 04-2121 MHP

**<u>ORDER</u>**

On October 31, 2006, the EMI and Lieber plaintiffs filed their Reply Brief in Support of Conditional Motion for Continuance of Bertelsmann's Motion for Summary Judgment.  The reply brief contains excerpts from oral arguments before the Ninth Circuit related to an appeal pending in this matter, as well as arguments based on these excerpts.  A 54-page transcript of the Ninth Circuit proceedings is also attached to the reply brief as an exhibit.  On November 2, 2006, counsel for Bertelsmann contacted the court requesting leave to file a letter responding to the arguments in the reply brief related to the Ninth Circuit proceedings.

The court will not consider any arguments from any party in this matter related to the oral arguments before the Ninth Circuit.  Those portions of the reply brief that excerpt and/or refer to the Ninth Circuit oral arguments are stricken.  The exhibit to the reply brief is stricken.  Bertelsmann's request to file a letter in response to the reply brief is denied.

IT IS SO ORDERED.

Dated: <u>November 6, 2006</u>

_____
MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2