GLENN D. POMERANTZ (State Bar No. 112503)
KELLY M. KLAUS (State Bar No. 161091)
SUSAN T. BOYD (State Bar No. 229664)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Attorneys for UMG Plaintiffs

PETER L. SIMMONS
MITCHELL EPNER
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY  10004-1980
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000
Attorneys for EMI Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO.  C-MDL-00-1369 (MHP) |
| | **APPLICATION FOR COSTS AND FEES IN CONNECTION WITH HUMMER WINBLAD'S SPOLIATION OF EVIDENCE** |
| | Date: None required<br>Time: None required<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| This Document Relates to: | |
| UMG RECORDINGS, INC., et al.,<br>           Plaintiffs,<br>v.<br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br>           Defendants. | CASE NO.  C 04-1166 (MHP) |

1227132.1

APP. FOR FEES & COSTS
CASE NO. C-MDL-00-1369 (MHP)

1   Pursuant to the Court's October 25, 2006 Memorandum & Order re Motion for Sanctions
2   [D.I. 1134], the UMG and EMI plaintiffs request reimbursement from the Hummer Winblad
3   defendants of the reasonable fees and costs incurred in bringing the spoliation motion and with
4   the meet and confer process involved in determining the availability of Hummer Winblad's
5   Napster-related emails.

6   The UMG plaintiffs request reimbursement in the total amount of $120,269.51. The
7   UMG plaintiffs' request is supported by the contemporaneously filed declaration of Kelly M.
8   Klaus.

9   The EMI plaintiffs request reimbursement in the total amount of $66,384.64. The EMI
10  plaintiffs' request is supported by the contemporaneously filed declaration of Peter L. Simmons.

DATED: November 22, 2006          MUNGER, TOLLES & OLSON LLP


                                  By:        /s/
                                         KELLY M. KLAUS

                                  Attorneys for UMG Plaintiffs


DATED: November 22, 2006          FRIED, FRANK, HARRIS, SHRIVER &
                                      JACOBSON LLP


                                  By:        /s/
                                         PETER L. SIMMONS

                                  Attorneys for EMI Plaintiffs
                                  .