Jeffrey G. Knowles (State Bar #129754)
COBLENTZ, PATCH, DUFFY, & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: ef-jgk@coblentzlaw.com

Paul B. Gaffney (*pro hac vice application will be filed*)
Michael T. Morley (*pro hac vice application will be filed*)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: pgaffney@wc.com

Attorneys for Third-Party Respondents
HOWARD STRINGER AND
ROBERT WIESENTHAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE NAPSTER, INC. COPYRIGHT LITIGATION** <br><br> . <br><br> UMG RECORDINGS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HUMMER WINBLAD VENTURE PARTNERS, et al., <br><br> Defendants. | **No. C MDL-00-1369 (MHP)** <br> (No. C 04-11666 (MHP)) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL DEPOSITIONS OF THIRD PARTIES SIR HOWARD STRINGER AND ROBERT WIESENTHAL** <br><br> Judge: Hon. Marilyn Hall Patel |

10149.004.518923v1

STIPULATION & [PROPOSED] ORDER TO CONTINUE HEARING DATE OF MOTION TO COMPEL DEPOSITIONS OF THIRD-PARTY
RESPONDENTS HOWARD STRINGER AND ROBERT WIESENTHAL
No. C MDL-00-1369 (MHP)
- 1 -

1    By and through their respective counsel, the Hummer Winblad Defendants and third
2 parties Sir Howard Stringer and Robert Wiesenthal (collectively, the "third parties"), hereby
3 stipulate as follows:
4    A. WHEREAS, the Hummer Winblad Defendants filed a Motion to Compel Depositions
5 of third parties and set the hearing for the motion on December 4, 2006;
6    B. WHEREAS, lead counsel for the third parties, Paul Gaffney, was prepared to present
7 argument at the hearing but now cannot attend on the scheduled date due to a recent death in his
8 immediate family;
9    C. WHEREAS, the Hummer Winblad Defendants' motion for summary judgment is set
10 to be heard on December 13, 2006 at 2:00 p.m.;
11    NOW, THEREFORE, the parties agree and request an order from the Court that:
12    1. The hearing on the motion to compel depositions of third parties be rescheduled for
13 December 13, 2006;
14    2. The hearing on the motion to compel depositions, if it suits the Court and if not
15 rendered moot, may immediately follow the hearing on the Hummer Winblad Defendants'
16 motion for summary judgment.

Dated: November 30, 2006            COBLENTZ, PATCH, DUFFY & BASS, LLP


                                    By:    /s/ Jeffrey G. Knowles
                                    JEFFREY G. KNOWLES
                                    Attorneys for Respondents
                                    HOWARD STRINGER AND
                                    ROBERT WIESENTHAL

Dated: November 30, 2006            KEKER & VAN NEST, LLP


                                    By:    /s/ Christa Anderson
                                    CHRISTA ANDERSON
                                    Attorneys for the Hummer Winblad
                                    Defendants

STIPULATION & [PROPOSED] ORDER TO CONTINUE HEARING DATE OF MOTION TO COMPEL DEPOSITIONS OF THIRD-PARTY
RESPONDENTS HOWARD STRINGER AND ROBERT WIESENTHAL
No. C MDL-00-1369 (MHP)

- 2 -

10149.004.518923v1

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: 11/30/06           _____
                          Hon. Marilyn Hall Patel
                          UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER TO CONTINUE HEARING DATE OF MOTION TO COMPEL DEPOSITIONS OF THIRD-PARTY RESPONDENTS HOWARD STRINGER AND ROBERT WIESENTHAL
No. C MDL-00-1369 (MHP)
- 3 -

10149.004.518923v1