| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Adam R. Sand #217712 |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 4 | Facsimile: (415) 875-5700 |
| | ramittelstaedt@jonesday.com |
| 5 | arsand@jonesday.com |

Attorneys for Third Party,
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE NAPSTER COPYRIGHT LITIGATION** | Case No. C MDL-00-1369 (MHP) |
| | |
| **UMG RECORDINGS, INC., et al.,** | [PROPOSED] ORDER RE NON-PARTY APPLE COMPUTER, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL |
| **Plaintiffs,** | |
| v. | Date: No Hearing per Court Order |
| **HUMMER WINBLAD VENTURE PARTNERS, et al.,** | Time: N/A |
| | Dept: 15 |
| **Defendants.** | Judge: Judge Marilyn Hall Patel |

SFI-557259v1

[PROPOSED] ORDER RE NON-PARTY APPLE
COMPUTER, INC.'S REQUEST TO FILE UNDER SEAL
C MDL-00-1369 (MHP)

1  Defendants' Miscellaneous Administrative Request Regarding the Protection of
2  Confidential Materials in Connection with the Declaration Adam R. Sand filed on November 10,
3  2006 ("Administrative Request to Seal Documents"), was duly considered by this Court.
4  IT IS HEREBY ORDERED THAT:
5  The Court grants defendants' November 10, 2006 Administrative Request to Seal
6  Documents.
7  IT IS SO ORDERED.

8  Dated: __11/24/06__, 2006

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

SFI-557259v1

[PROPOSED] ORDER RE NON-PARTY APPLE
COMPUTER, INC.'S REQUEST TO FILE UNDER SEAL
C MDL-00-1369 (MHP)

2