1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  MICHAEL H. PAGE - #154913
   RAGESH K. TANGRI - #159477
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5  jwk@kvn.com
   mhp@kvn.com
6  rkt@kvn.com

7  Attorneys for Defendants
   HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
8  HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
   HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK
9  BARRY; and JOHN HUMMER

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  IN RE NAPSTER, INC.              No. C MDL-00-1369 (MHP)
    COPYRIGHT LITIGATION            (No. C 04-1166 (MHP))
15

16  UMG RECORDINGS, INC., et al.,   [PROPOSED] ORDER REMOVING
                                    INCORRECTLY FILED DOCUMENT
17                      Plaintiffs,

18        v.

19  HUMMER WINBLAD VENTURE
    PARTNERS, et al.,
20
                        Defendants.
21

22

23

24

25

26

27

28

385136.01

1       The request by defendants John Hummer, Hank Barry, Hummer Winblad Venture

2  Partners IV L.P., Hummer Winblad Equity Partners IV L.P., and Hummer Winblad Technology

3  Fund IV L.P. (collectively, the "Hummer Winblad Defendants") to remove an incorrectly filed

4  documents came before this Court on November 29, 2006.

5       The Court having considered the request, hereby GRANTS that request and ORDERS

6  that docket number 1217 be removed immediately and that all copies of this document be

7  destroyed, whether in paper or electronic format.

8       IT IS SO ORDERED.

9

10  Dated:  11/30/06                    _____

11                              MARILYN HALL PATEL
                                Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

385136.01