| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | MICHAEL H. PAGE - #154913 |
| | RAGESH K. TANGRI - #159477 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | jwk@kvn.com |
| | mhp@kvn.com |
| 6 | rkt@kvn.com |
| 7 | Attorneys for Defendants |
| | HUMMER WINBLAD VENTURE PARTNERS IV, L.P.; |
| 8 | HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.; |
| | HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK |
| 9 | BARRY; and JOHN HUMMER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | | **No. C MDL-00-1369 (MHP)**<br>(No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al. | | **[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENTS** |
| | Plaintiffs, | |
| v. | | |
| HUMMER WINBLAD VENTURE PARTNERS, et al., | | |
| | Defendants. | |

385301.01

[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENTS
No. C MDL-00-1369 (MHP)

1   The request by defendants John Hummer, Hank Barry, Hummer Winblad Venture
2   Partners IV L.P., Hummer Winblad Equity Partners IV L.P., and Hummer Winblad Technology
3   Fund IV L.P. (collectively, the "Hummer Winblad Defendants") to remove incorrectly filed
4   documents came before this Court on November 30, 2006.
5   The Court having considered the request, hereby GRANTS that request and ORDERS
6   that docket numbers 1053 and 1054 be removed immediately and that all copies of these
7   documents be destroyed, whether in paper or electronic format.
8   IT IS SO ORDERED.

Dated: 12/13/06

MARILYN HALL PATEL
Judge of the United States District Court

[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENTS
No. C MDL-00-1369 (MHP)

385301.01