1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP |
| | STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT ISSUES |
| THIS DOCUMENT RELATES TO: | |
| LEIBER et al., | No. C 04-1671 MHP |
| Plaintiffs, | |
| v. | |
| BERTELSMANN AG et al., | |
| Defendants. | |
| CAPITOL RECORDS, INC. et al., | No. C 04-2121 MHP |
| Plaintiffs, | |
| v. | |
| BERTELSMAN AG et al., | |
| Defendants. | |

**Phase II and Expert Discovery**

On July 26, 2005, the Court entered an order in accordance with the parties' stipulation setting the schedule for deferred discovery and expert discovery. The parties have attempted to abide by that schedule, but in view of intervening events (including the delay of summary judgment motions from Phase I of the case) and the parties' ongoing efforts to respond to one another's Phase II discovery requests, the parties have met and conferred and have agreed that, subject to the Court's approval, the schedule for deferred discovery and expert discovery should be extended by approximately 90 days, as follows:

1. The cutoff for deferred discovery shall be June 1, 2007;
2. Expert reports on any subject for which a party has the burden of proof shall be served not later than July 2, 2007;
3. Rebuttal expert reports shall be served not later than July 30, 2007;
4. The cutoff for expert discovery shall be August 31, 2007;
5. The last day to file dispositive motions based upon deferred discovery shall be September 17, 2007.

**Hearing on Bertelsmann's Motion to Compel**

On February 13, 2007, the Bertelsmann defendants filed a Motion to Compel Further Responses to Interrogatories, and noticed the hearing on for the Court's normal law and motions calendar for March 26, 2007 at 2:00 p.m. Because the parties are already scheduled to appear before the Court later that same week, on March 29, 2007, in connection with the parties' cross motions for summary judgment, the parties believe it would be more efficient for both hearings to be held on the same day rather than having two hearings on the same case in a single week.

Accordingly, subject to the Court's convenience, the parties agree that the hearing on Bertelsmann's motion to compel [D.I. 1249] should be rescheduled for March 29, 2007, at 2:00 p.m., in conjunction with the hearing on the cross motions for summary judgment [*see* D.I. 1244].

| | | |
|---|---|---|
| 1 | DATED: February 26, 2007 | /s/ Carey R. Ramos |
| 2 | | Carey R. Ramos *(pro hac vice)* <br> PAUL, WEISS, RIFKIND, WHARTON & <br> GARRISON LLP |
| 3 | | Attorneys for Plaintiffs Leiber et. al. |
| 4 | DATED: February 26, 2007 | /s/ Peter L. Simmons |
| 5 | | Peter L. Simmons *(pro hac vice)* <br> FRIED, FRANK, HARRIS, SHRIVER & <br> JACOBSON LLP |
| 6 | | Attorneys for Plaintiffs Capitol Records, Inc. et. al. |
| 7 | DATED: February 26, 2007 | /s/ R. Bruce Rich |
| 8 | | R. Bruce Rich *(pro hac vice)* <br> WEIL, GOTSHAL & MANGES LLP <br> Attorneys for Defendants Bertelsmann AG, |
| 9 | | Bertelsmann, Inc. and BeMusic, Inc. |

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

March 16, 2007

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel, signed]*