UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CAPITOL RECORDS, INC., et al<br><br>Plaintiffs,<br><br>vs.<br><br>BERTELSMANN AG, et al.,<br><br>Defendants. | CASE NO. C-MDL-00-1369 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF EMI CLAIMS**<br><br><br>No. C 04-2121 MHP |

Plaintiffs Capitol Records, Inc., Caroline Records, Inc., Noo Trybe Records, Inc., Virgin Records America, Inc., Narada Productions, Inc., Higher Octave Music, Inc., Priority Records LLC, The Forefront Communications Group, Inc., Jubilee Communications, Inc. and EMI Christian Music Group, Inc. and Defendants Bertelsmann AG, Bertelsmann, Inc. and BMG

**Fried, Frank, Harris Shriver & Jacobson LLP**
One New York Plaza
New York, NY 10004
(212) 859-8000

-1-
STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE OF EMI CLAIMS
C-MDL-00-1369 MHP

Columbia House, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned action, including all claims raised in the Complaint filed therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement reached by the parties in this action.

DATED: March 27, 2007

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP

By: _____/s/_____
PETER L. SIMMONS
Attorneys for EMI Plainitts

DATED: March 27, 2007

WEIL, GOTSHAL & MANGES LLP

By: _____/s/_____
R. BRUCE RICH
Attorneys for BERTELSMANN Defendants

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

March 29, 2007

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Fried, Frank, Harris
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

-2-

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE OF EMI CLAIMS
C-MDL-00-1369 MHP