**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO.  C-MDL-00-1369 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| LEIBER, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>BERTELSMANN AG, et al.,<br><br>       Defendants. | No. C 04-1671 MHP |

WHEREAS, the Court has scheduled oral argument on the Bertelsmann Defendants' pending summary judgment motions in the above-captioned action for May 8, 2007 at 2:00 p.m.;

WHEREAS, the Leiber Plaintiffs and the Bertelsmann Defendants (collectively, "the Parties") are exploring the potential settlement of the above-captioned action;

WHEREAS, the Parties believe that it would assist their settlement discussions to adjourn the May 8, 2007 hearing date;

WHEREAS, the Parties have conferred with the Court as to adjourning the May 8, 2007 hearing date and scheduling a status conference on May 18, 2007 at 11:00 a.m.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The oral argument on the Bertelsmann Defendants' pending summary judgment motions, currently scheduled for May 8, 2007 at 2:00 p.m., is adjourned to a date to be determined.

2. A status conference will be held on May 18, 2007 at 11:00 a.m.

Dated: May 1, 2007

/s/ R. Bruce Rich
R. Bruce Rich *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
Attorneys for Bertelsmann Defendants

Dated: May 1, 2007

/s/ Carey R. Ramos
Carey R. Ramos *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Leiber Plaintiffs

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: Mary 2, 2007

Hon. Ma[rilyn H. Patel]
UNITED [STATES DISTRICT JUDGE]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*