GLENN D. POMERANTZ (State Bar No. 112503)
KELLY M. KLAUS (State Bar No. 161091)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff(s):
UMG RECORDINGS, INC., INTERSCOPE RECORDS, and
MOTOWN RECORD COMPANY, L.P.

PETER L. SIMMONS
MITCHELL EPNER
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000

Attorneys for Plaintiffs
CAPITOL RECORDS, INC. et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | Case No.: C-MDL-00-1369 MPH |
| This Document Relates To: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| UMG RECORDINGS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.<br><br>Defendants. | No. C 04-01166 MHP |

Plaintiffs and counterclaim defendants UMG RECORDINGS, INC., INTERSCOPE RECORDS, and MOTOWN RECORD COMPANY, L.P.; plaintiffs and counterclaim defendants CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., NOO TRYBE RECORDS, INC., VIRGIN RECORDS AMERICA, INC., NARADA PRODUCTIONS, INC.,

Fried, Frank, Harris
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

-1-    STIPULATION OF DISMISSAL
WITH PREJUDICE

1  HIGHER OCTAVE MUSIC, INC., PRIORITY RECORDS, LLC, THE FOREFRONT
2  COMMUNICATIONS GROUP, INC., JUBILEE COMMUNICATIONS INC., and EMI
3  CHRISTIAN MUSIC GROUP INC.; and defendants and counterclaim plaintiffs HUMMER
4  WINBLAD VENTURE PARTNERS IV, L.P., HUMMER WINBLAD TECHNOLOGY FUND
5  IV, L.P. and defendants HUMMER WINBLAD VENTURE PARTNERS, HUMMER
6  WINBLAD EQUITY PARTNERS IV LLC, HANK BARRY, and JOHN HUMMER, by and
7  through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1),
8  hereby stipulate that the above-captioned action, including all claims and counterclaims raised
9  therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement
10 reached by the parties in this action.

DATED: May 10, 2007          MUNGER, TOLLES & OLSON LLP

                             By:  /s/
                                 Glenn D. Pomerantz
                             Attorneys for UMG Parties

DATED: May 10, 2007          FRIED, FRANK, HARRIS, SHRIVER &
                             JACOBSON LLP


                             By:  /s/
                                 Peter L. Simmons
                             Attorneys for EMI Parties

DATED: May 10, 2007          KEKER & VAN NEST, LLP


                             By:  /s/
                                 John W. Keker
                                 Michael Page
                             Attorneys for Hummer Winblad Parties

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

May 11, 2007                 HON. MARILYN H. PATEL
                             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

-2-                          STIPULATION OF DISMISSAL WITH PREJUDICE

**Fried, Frank, Harris Shriver & Jacobson LLP**
**One New York Plaza**
**New York, NY 10004**
**(212) 859-8000**