1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  pharvey@harveysiskind.com
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone:    (415) 354-0100
   Facsimile:    (415) 391-7124
5
   Attorneys for
6  BMG Music Publishing NA LLC,
   Zomba Enterprises LLC, and
7  the Other BMG Entities
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | Case No. C-MDL-00-1369 MHP |
| LEIBER, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>BERTELSMANN AG, et al.,<br><br>           Defendants. | Case No. C 04-1671 MHP<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE                                        CASE NO. C 04-1671 MHP

| | |
|---|---|
| 1 | Harvey Siskind LLP, by D. Peter Harvey, hereby appears on behalf of BMG Music |
| 2 | Publishing NA LLC, Zomba Enterprises LLC, and the Other BMG Entities (as identified in Schedule |
| 3 | A, attached hereto). |

Dated: May 24, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
           D. Peter Harvey

Attorneys for
BMG Music Publishing NA LLC,
Zomba Enterprises LLC, and
the Other BMG Entities

## Schedule A

| Company Name | Jurisdiction of Incorporation of Listed Entity |
|---|---|
| All divisions, subsidiaries and affiliates of BMG Music Publishing NA LLC and Zomba Enterprises LLC | |
| 19 Music Limited | U.K. |
| Arabella Musikverlag GmbH | Germany |
| Block and Gilbert Music Limited | U.K. |
| Bluey Tunes Productions Limited | U.K. |
| BMG Music Publishing B.V. along with its subsidiaries and affiliates | Holland |
| BMG Music Publishing (Greece) EPE along with its divisions, subsidiaries and affiliates | Greece |
| BMG Music Publishing (Malaysia) SDN BHD along with its divisions, subsidiaries and affiliates | Malaysia |
| BMG Music Publishing (Switzerland) AG along with its divisions, subsidiaries and affiliates | Switzerland |
| BMG Music Publishing Argentina S.A. along with its divisions, subsidiaries and affiliates | Argentina |
| BMG Music Publishing Australia Pty Limited along with its divisions, subsidiaries and affiliates | Australia |
| BMG Music Publishing B.V. | The Netherlands |
| BMG Music Publishing Brasil Ltda along with its divisions, subsidiaries and affiliates | Brazil |
| BMG Music Publishing Canada Inc. along with its divisions, subsidiaries and affiliates | Canada |
| BMG Music Publishing (China) | China |

| Company Name | Jurisdiction of Incorporation of Listed Entity |
|---|---|
| along with its divisions, subsidiaries and affiliates | |
| BMG Music Publishing Czech Republic s.r.o. | Czech Republic |
| BMG Music Publishing France S.A.R.L. along with its divisions, subsidiaries and affiliates | France |
| BMG Music Publishing Holding Africa (Proprietary) Limited | South Africa |
| BMG Music Publishing Holding B.V. | The Netherlands |
| BMG Music Publishing Holding UK Limited | U.K. |
| BMG Music Publishing Hong Kong Limited along with its divisions, subsidiaries and affiliates | Hong Kong |
| BMG Music Publishing International Limited along with its divisions, subsidiaries and affiliates | U.K. |
| BMG Music Publishing Japan Inc. along with its divisions, subsidiaries and affiliates | Japan |
| BMG Music Publishing Korea Co. Limited along with its divisions, subsidiaries and affiliates | Korea |
| BMG Music Publishing Limited along with its divisions, subsidiaries and affiliates | U.K. |
| BMG Music Publishing Mexico S. de R.L. de C.V. along with its divisions, subsidiaries and affiliates | Mexico |
| BMG Music Publishing Poland Spółka z Ograniczoną Odpowiedzialnością along with its divisions, subsidiaries and affiliates | Poland |
| BMG Music Publishing Portugal S.L. along with its divisions, subsidiaries | Spain |

| Company Name | Jurisdiction of Incorporation of Listed Entity |
|---|---|
| and affiliates | |
| BMG Music Publishing S.A. de C.V. | Mexico |
| BMG Music Publishing Scandinavia AB along with its divisions, subsidiaries and affiliates | Sweden |
| BMG Music Publishing Singapore Pte Ltd along with its divisions, subsidiaries and affiliates | Singapore |
| BMG Music Publishing Spain S.A. along with its divisions, subsidiaries and affiliates | Spain |
| BMG Music Publishing Verlagsgesellschaft G.m.b.H. along with its divisions, subsidiaries and affiliates | Austria |
| BMG Production Music Scandinavia AB | Sweden |
| BMG Ricordi Music Publishing S.p.A along with its divisions, subsidiaries and affiliates | Italy |
| BMG Songs Limited along with its divisions, subsidiaries and affiliates | U.K. |
| BMG UFA Musikverlage along with its divisions, subsidiaries and affiliates | Germany |
| BMG Unisong Music Publishing N.V. along with its divisions, subsidiaries and affiliates | Belgium |
| BMG Zomba Production Music Asia Limited | Hong Kong |
| BMG Zomba Production Music Limited | U.K. |
| Brentwood-Benson Music Publishing Inc. along with its divisions, subsidiaries and affiliates | |
| Bruton Music Limited | U.K. |

| Company Name | Jurisdiction of Incorporation of Listed Entity |
|---|---|
| Cezame-Argile d/b/a Koka Media along with its divisions, subsidiaries and affiliates | |
| Charles Brull Ltd & Co KG Musikverlag | Germany |
| Complete Music Limited | U.K. |
| Connect 2 Music Limited | U.K. |
| Deconstruction Songs Limited | U.K. |
| Drei Ringe Musikverlag GmbH | Germany |
| Dreiklang-Dreimasken Bühnen und Musikverlag GmbH | Germany |
| Editio Musica Budapest Zeneműkiadó Korlátolt Felelősségű Társaság along with its divisions, subsidiaries and affiliates | Hungary |
| Edition "Bel Canto" Heinrich Hollmeyer KG | Germany |
| Editions Bloc-Notes Publishing along with its divisions, subsidiaries and affiliates | Canada |
| Editions Durand S.A. | France |
| Editions Ricordi France S.A.S. | France |
| Fiction Songs Limited | U.K. |
| First Avenue Music Limited | U.K. |
| Four Music Publishing GmbH | Germany |
| Funhouse Music Publishing Inc. along with its divisions, subsidiaries and affiliates | Japan |
| G. Ricordi & Co (London) Limited | U.K. |
| G. Ricordi & Co. Bühnen- und Musikverlag GmbH | Germany |

| Company Name | Jurisdiction of Incorporation of Listed Entity |
|---|---|
| Good Music Limited | U.K. |
| Grantsville Publishing Limited | U.K. |
| Gravity Records Limited | U.K. |
| Grever Music Publishing, S.A. de C.V. along with its divisions, subsidiaries and affiliates | Mexico |
| Interworld Musik-Verlag GmbH | Germany |
| Koka-Media Muikverlag GmbH | Germany |
| Koka-Media SAS | France |
| Logo Songs Limited | U.K. |
| M56 Publishing Limited | U.K. |
| Mannheimer Musikverlag GmbH | Germany |
| Marlowlynn Limited | U.K. |
| MIMO Edizioni Musicali S.r.l. | Italy |
| Minaret Music Limited | U.K. |
| Mucho Loco Music Limited | U.K. |
| Musik Edition Discoton GmbH ] | Germany |
| Neuton Musikverlag Walter Völk KG | Germany |
| Point Music Limited along with its divisions, subsidiaries and affiliates | U.K. |
| Primetime Productions Limited | U.K. |
| Red Star Music (Australasia) Pty Limited | Australia |
| Red Star Music (UK) Limited | U.K. |
| Rob. Forberg Musikverlag GmbH & Co. KG | Germany |
| S.C.I. J M F | France |
| SA Editions Salabert | France |

| Company Name | Jurisdiction of Incorporation of Listed Entity |
|---|---|
| Street Music Limited | U.K. |
| Strongsongs Limited | U.K. |
| Take Out Music Publishing Limited | U.K. |
| BMG MP Munchen GMBH | Germany |
| Unisong Music Publishers B.V. | The Netherlands |
| Universale Edizioni Musicali S.r.l. | Italy |
| Wiener Boheme Verlag GmbH | Germany |
| "Young" Musikverlag GmbH | Germany |
| Zomba Management Limited | U.K. |
| Zomba Music Holdings B.V. along with its divisions, subsidiaries and affiliates | The Netherlands |
| Zomba Music Publishers Australia Pty Limited | Australia |
| Zomba Music Publishers Limited along with its divisions, subsidiaries and affiliates | U.K. |
| Zomba Production Music (Australia) Pty Limited | Australia |
| Zomba Production Music Scandinavia AB | Sweden |