1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT ISSUES** |
| THIS DOCUMENT RELATES TO: | |
| LEIBER, et al., | No. C 04-1671 MHP |
| Plaintiffs, | |
| v. | |
| BERTELSMANN AG, et al., | |
| Defendants. | |

On May 21, 2007, the Court entered an Order in accordance with the parties' stipulation setting the schedule for deferred discovery and expert discovery. The parties have attempted to abide by that schedule, but in view of intervening events, the parties have met and conferred and have agreed that, subject to the Court's approval, the schedule for deferred discovery and expert discovery should be extended by approximately 30 days, as follows:

1. The cutoff for deferred discovery shall be July 30, 2007;

2. Expert reports on any subject for which a party has the burden of proof shall be served not later than August 31, 2007;

3. Rebuttal expert reports shall be served not later than October 1, 2007;

4. The cutoff for expert discovery shall be October 29, 2007;

5. The last day to file dispositive motions based upon deferred discovery shall be November 19, 2007.

Dated: June 19, 2007

/s/ Carey R. Ramos
Carey R. Ramos *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Plaintiffs Leiber et. al.

Dated: June 19, 2007

/s/ R. Bruce Rich
R. Bruce Rich *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendants Bertelsmann AG, Bertelsmann, Inc. and BeMusic, Inc.

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: June 20, 2007

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT ISSUES, C MDL 00-1369 MHP

2