```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  MICHAEL H. PAGE - #154913
    RAGESH K. TANGRI - #159477
 3  710 Sansome Street
    San Francisco, CA  94111-1704
 4  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
 5  jwk@kvn.com
    mhp@kvn.com
 6  rkt@kvn.com

 7  Attorneys for Defendants
    HUMMER WINBLAD VENTURE PARTNERS IV, L.P.;
 8  HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.;
    HUMMER WINBLAD EQUITY PARTNERS IV LLC; HANK
 9  BARRY; and JOHN HUMMER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C MDL-00-1369 (MHP) (No. C 04-1166 (MHP)) |
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS, et al.,<br><br>Defendants. | [PROPOSED] REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (WITHDRAWAL OF PRIOR REQUEST FOR LETTER ROGATORY) |

The United States District Court for the Northern District of California presents its greetings to the government of Japan, and respectfully requests the assistance of the courts of Japan in connection with the proceeding before this court in the above-captioned matter. The United States District Court for the Northern District of California assures the government of Japan and the appropriate judicial authority designated to execute this request that the courts of

---

1

[PROPOSED] REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (WITHDRAWAL OF PRIOR REQUEST FOR LETTER ROGATORY)
No. C MDL-00-1369 (MHP)

1 the United States are authorized to assist foreign tribunals in the executions of letters rogatory for
2 assistance in similar matters.
3     The United States District Court for the Northern District of California wishes to
4 withdraw the February 24, 2006 Request for International Judicial Assistance (Letter Rogatory)
5 and the October 27, 2006 Supplement to Request for International Judicial Assistance (Letter
6 Rogatory) that were issued to obtain evidence to be used in a civil proceeding before this Court
7 in the above-captioned matter. The dispute for which the requested evidence was previously
8 sought has now been terminated, and there are no longer any proceedings before this Court for
9 which that evidence is required. Accordingly, the Court requests the assistance described herein
10 as necessary in the interests of international justice. Specifically, the assistance requested is that
11 the appropriate judicial authority of Japan withdraw any Order, proceeding or other process
12 previously issued to compel the appearance of Nobuyuki Idei, a Japanese citizen whose address
13 is Sony Corporation, 6-7-35 Kitashinagawa, Shinagawa-ku, Tokyo 141-0001, Japan, to give oral
14 testimony in response to questioning by the Tokyo District Court and the Japanese attorneys for
15 the parties to this litigation.

17 Dated: June __, 2007

           HON. MARILYN HALL PATEL
           Judge of the United States District Court