CAREY R. RAMOS (*pro hac vice*)
LYNN B. BAYARD (*pro hac vice*)
DARREN W. JOHNSON (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:    (212) 373-3000
Facsimile:    (212) 757-3900

STAN G. ROMAN (State Bar No. 87652)
TRACY M. CLEMENTS (State Bar No. 184150)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3898
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

*Attorneys for Leiber et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C-MDL-00-1369 MHP |
| LEIBER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BERTELSMANN AG, et al., <br><br> Defendants. | No. C 04-1671 MHP <br><br> **DECLARATION OF ALFRED C. PEDECINE IN SUPPORT OF THE LEIBER PLAINTIFFS' APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

1

I, Alfred C. Pedecine, declare as follows:

1. I am the Chief Financial Officer of The Harry Fox Agency, Inc. ("HFA") and also oversee the financial activities of the National Music Publishers' Association, Inc. ("NMPA"), including payment of invoices. I also oversee the maintenance of the financial books and records of NMPA. I make this declaration in support of the Leiber Plaintiffs' Application for Award of Attorneys' Fees and Reimbursement of Expenses based upon my personal knowledge and belief or a review of the business records maintained by HFA and NMPA. If called upon as a witness, I could and would testify competently to the matters herein.

2. The schedule attached as Exhibit 1 is a detailed summary of the attorneys' fees that were advanced to Paul, Weiss, Rifkind, Wharton & Garrison LLP and Krieg, Keller, Sloan, Reilley & Roman LLP (collectively, "Class Counsel") in connection with their representation of the class in this case. The figures in Exhibit 1 are derived from NMPA's books and records. These books and records are prepared from vendor invoices and other source materials and are an accurate record of the attorneys' fees advanced.

3. The schedule attached as Exhibit 2 is a detailed summary of the litigation expenses that were advanced to or on behalf of Class Counsel in connection with their representation of the class in this case. The figures in Exhibit 2 are derived from the NMPA's books and records. These books and records are prepared from vendor invoices and other source materials and are an accurate record of the expenses advanced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of January 2008 at New York, New York.

_____
ALFRED C. PEDECINE

# Exhibit 1

# EXHIBIT 1

In re Napster, Inc. Copyright Litigation, No. C-MDL-00-1369 MHP,
Leiber, et al. v. Bertelsmann AG, et al., No. C 04-1671 MHP

## NATIONAL MUSIC PUBLISHERS' ASSOCIATION

### LEGAL FEES: Inception - November 2007

| Attorneys' Fees By Firm | Fees |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | $5,136,021 |
| Haarmann Hemmelrath | $25,037 |
| Kreig, Keller, Sloan, Reilley & Roman LLP | $80,537 |
| **TOTAL FEES:** | **$5,241,595** |

1

# Exhibit 2

# EXHIBIT 2

In re Napster, Inc. Copyright Litigation, No. C-MDL-00-1369 MHP,
Leiber, et al. v. Bertelsmann AG, et al., No. C 04-1671 MHP

## NATIONAL MUSIC PUBLISHERS' ASSOCIATION

### LEGAL EXPENSES: Inception - November 2007

| Categories | Expenses |
|---|---:|
| Experts/Consultants | $1,264,106 |
| Discovery/Electronic Discovery | $137,211 |
| Haarmann Hemmelrath's Expenses | $39 |
| Kreig, Keller, Sloan, Reilley & Roman LLP's Expenses | $7,414 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP's Expenses | $1,693,877 |
| Photocopies/Reproduction | $111,837 |
| Arbitration/Mediation | $10,313 |
| **TOTAL EXPENSES:** | **$3,224,797** |

1