CAREY R. RAMOS (*pro hac vice*)
LYNN B. BAYARD (*pro hac vice*)
DARREN W. JOHNSON (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3900

STAN G. ROMAN (State Bar No.87652)
TRACY M. CLEMENTS (State Bar No.184150)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

*Attorneys for Leiber et al.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C-MDL-00-1369 MHP |
| LEIBER, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG, et al.,<br><br>  Defendants. | No. C 04-1671 MHP<br><br>**DECLARATION OF DARREN W. JOHNSON IN SUPPORT OF LEIBER PLAINTIFFS' (1) MOTION FOR FINAL APPROVAL OF SETTLEMENT; AND (2) APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES.** |

DECLARATION OF DARREN W. JOHNSON IN SUPPORT OF LEIBER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES.

Case No. C 04-1671 MHP
Case No. C-MDL-00-1369 MHP

I, Darren W. Johnson, declare as follows:

1. I am associated with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for plaintiffs Jerry Leiber, individually and d/b/a Jerry Leiber Music, Mike Stoller, individually and d/b/a Mike Stoller Music, Frank Music Corporation, and Peer International Corporation in this action. I submit this declaration in support of Leiber Plaintiffs' (1) Motion for Final Approval of Settlement; and (2) Application for Award of Attorneys' Fees and Reimbursement of Expenses.

2. The purpose of this declaration is to place before the Court the following documents referred to in the accompanying Plaintiffs' (1) Motion for Final Approval of Settlement; and (2) Application for Award of Attorneys' Fees and Reimbursement of Expenses:

A. Attached as Exhibit A is a true and correct copy of the Stipulation and Agreement of Settlement dated August 30, 2007;

B. Attached as Exhibit B is a true and correct copy of a Wall Street Journal article titled *Bertelsmann, EMI Agree to Settle Suit*, dated March 27, 2007;

C. Attached as Exhibit C is a true and correct copy of the 2007 Annual Report of EMI Group PLC;

D. Attached as Exhibit D is a true and correct copy of a New York Times article titled *2 Music Concerns Resolve Dispute*, dated April 25, 2007;

E. Attached as Exhibit E is a true and correct copy of the Complaint filed in *Leiber et al. v. Bertelsmann AG*, 03 CV 1093.

F. Attached as Exhibit F is a true and correct copy of the Complaint filed in *UMG Recordings, Inc. et al. v. Bertelsmann AG et al.*, 03 CV 3338.

G. Attached as Exhibit G is a true and correct copy of the Complaint filed in *Capitol Records, Inc. et al. v. Bertelsmann AG et al.*, 03 CV 4074.

H. Attached as Exhibit H is a true and correct copy of the Amended Complaint filed in *Leiber et al. v. Bertelsmann AG*, 03 CV 1093.

1

DECLARATION OF DARREN W. JOHNSON IN SUPPORT OF
LEIBER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPLICATION FOR
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES.

Case No. C 04-1671 MHP
Case No. C-MDL-00-1369 MHP

I.      Attached as Exhibit I is a true and correct copy of the Memorandum of Law in Support of Defendants' Motion to Dismiss filed in *Leiber et al. v. Bertelsmann AG*, 03 CV 1093; *UMG Recordings, Inc. et al. v. Bertelsmann AG et al.*, 03 CV 3338; *Capitol Records, Inc. et al. v. Bertelsmann AG et al.*, 03 CV 4074.

J.      Attached as Exhibit J is a true and correct copy of the Notice of Proposed Class Action Settlement With Bertelsmann Defendants in *Leiber et al. v. Bertelsmann AG et al.*, No. C 04-1671 MHP.

K.      Attached as Exhibit K are true and correct copies of the seven timely and potentially valid requests for exclusion received by the claims administrator as of January 4, 2008.

L.      Attached as Exhibit L is a true and correct copy of *In re Omnivision Tech., Inc.*, No.C-04-2297 SC, 2007 WL 4293467 (N.D. Cal. Dec. 6, 2007).

M.      Attached as Exhibit M is a true and correct copy of *In re Heritage Bond Litig.*, No. 02-ML-1475 DT, 2005 WL 1594403 (C.D. Cal. June 10, 2005).

N.      Attached as Exhibit N is a true and correct copy of *In re Ventro Corp. Sec. Litig.*, No. 05-15849, 2007 WL 887905, slip op.(9th Cir. Mar. 26, 2007).

O.      Attached as Exhibit O is a true and correct copy of *Glass v. UBS Fin. Servs.*, No. C-06-4068 MMC, 2007 WL 221862 (N.D. Cal. Jan. 26, 2007).

P.      Attached as Exhibit P is a true and correct copy of *UMG Recordings, Inc. v. MP3.Com, Inc.*, 00 Civ. 472 JSR, 2000 U.S. Dist. LEXIS 17907 (S.D.N.Y. Nov. 14, 2000).

Q.      Attached as Exhibit Q is a true and correct copy of *In re Public Service Co. of N.M.*, No. 91-0536M, 1992 WL 278452 (S.D. Cal. July 28, 1992).

R.      Attached as Exhibit R is a true and correct copy of *In re Veeco Instruments Inc. Sec. Litig.*, No. 05 MDL 01695(CM), 2007 WL 4115808 (S.D.N.Y. Nov. 7, 2007).

S.      Attached as Exhibit S is a true and correct copy of *Steiner v. Am. Broad. Co., Inc.*, No. 05-55773, 2007 WL 2460326, slip op. (9th Cir. Aug. 29, 2007).

2

DECLARATION OF DARREN W. JOHNSON IN SUPPORT OF
LEIBER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPLICATION FOR
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES.

Case No. C 04-1671 MHP
Case No. C-MDL-00-1369 MHP

T.   Attached as Exhibit T is a true and correct copy of *Farhat v. Hartford Life & Acc. Ins. Co.*, No. C 05-0797 PJH, 2006 WL 2521571 (N.D. Cal. Aug. 30, 2006).

U.   Attached as Exhibit U is a true and correct copy of *Shea v. Galaxie Lumber & Constr.*, No. 94 C 906, 1999 WL 138791 (N.D. Ill. Mar. 2, 1999).

V.   Attached as Exhibit V is a true and correct copy of *Singer v. Am. Airlines Fed. Credit Union*, No. C 05-04961 JCS, 2006 WL 3093759 (N.D. Cal. Oct. 30, 2006).

W.   Attached as Exhibit W is a true and correct copy of *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*, No. CV 99-5666 LGB, 2004 U.S. Dist. LEXIS 11458 (C.D. Cal. Jan. 5, 2004).

X.   Attached as Exhibit X is a true and correct copy of *Young v. Polo Retail, LLC*, No. C-02-4546 VRW, 2007 WL 951821 (N.D. Cal. Mar. 28, 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on January 7, 2008 at New York, New York.

                /s/ Darren W. Johnson
                Darren W. Johnson

DECLARATION OF DARREN W. JOHNSON IN SUPPORT OF
LEIBER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPLICATION FOR
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES.

Case No. C 04-1671 MHP
Case No. C-MDL-00-1369 MHP