Carey R. Ramos (*pro hac vice*)
Lynn B. Bayard (*pro hac vice*)
Darren W. Johnson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Stan G. Roman (State Bar No. 87652)
Tracy M. Clements (State Bar No. 184150)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs Leiber, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C-MDL-00-1369 MHP<br><br>No. C 04-1671 MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF AARON S. DELANEY** |
| LEIBER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG, et al.<br><br>Defendants. | |

Aaron S. Delaney, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiffs Jerry Leiber, individually and d/b/a Jerry Leiber Music; Mike Stoller, individually and d/b/a Mike Stoller Music; Frank Music Corporation; and Peer International Corporation,

[Proposed] Order Granting Application for Admission
Pro Hac Vice of Aaron S. Delaney
CASE NO.: C-MDL-00-1369 MHP       1

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers field by the attorney shall indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  shall constitute notice to the party.

Dated: February 12, 2008

The Honorable Marilyn Hall Patel
United States District Court Judge

[Proposed] Order Granting Application for Admission
Pro Hac Vice of Aaron S. Delaney
CASE NO.: C-MDL-00-1369 MHP        2