CAREY R. RAMOS (*pro hac vice*)
LYNN B. BAYARD (*pro hac vice*)
DARREN W. JOHNSON (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3900

STAN G. ROMAN (State Bar No. 87652)
TRACY M. CLEMENTS (State Bar No. 184150)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California  94104-3898
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

*Attorneys for Leiber et al.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C-MDL-00-1369 MHP |
| LEIBER, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> BERTELSMANN AG, et al., <br><br>           Defendants. | No. C 04-1671 MHP <br><br> **[PROPOSED]** **ORDER GRANTING APPLICATION FOR ATTORNEYS' FEES AND EXPENSES** |

This matter came before the Court for hearing on February 11, 2008, pursuant to an Order of the Court dated October 1, 2007, in Case No. C-MDL-00-1369 (MHP) and Case No. C-04-1671 (MHP), on the application of plaintiffs Jerry Leiber, individually and doing business as Jerry Leiber Music, Mike Stoller, individually and doing business as Mike Stoller Music, Frank Music Corporation, and Peer International Corporation (collectively, "Leiber Plaintiffs" or "Representative Plaintiffs") for approval of the request for attorneys' fees and expenses and for service payments to the Representative Plaintiffs as set forth in the Representative Plaintiffs' Application for Award of Attorneys' Fees and Reimbursement of Expenses.

The Court has previously certified the Representative Plaintiffs as representatives of the class and their counsel of record, Paul, Weiss, Rifkind, Wharton & Garrison LLP and Krieg, Keller, Sloan, Reilley & Roman LLP, as counsel for the class (collectively, "Class Counsel"). Further, the Court has finally approved the Stipulation and Agreement of Settlement dated August 30, 2007 (the "Settlement" or "Settlement Agreement") as being in all respects, fair, reasonable, and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure.

Finding that due notice was given to class members; having considered all of the submissions and arguments with respect thereto; and otherwise being fully informed and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Class Counsel is hereby awarded, from the Settlement Fund,[1] an attorneys' fees and expenses award of $32,000,000 (comprising of $28,701,325 in attorneys' fees and $3,298,675 in reimbursement of expenses connected with the litigation), which the Court finds to be fair and reasonable.

2. The following amounts are hereby awarded to the Representative Plaintiffs to compensate the Representative Plaintiffs for time and resources they expended in representing the Class: $25,000 to Jerry Leiber, individually and doing business as Jerry Leiber Music; $25,000 to

---

[1] The "Settlement Fund" is defined as the $130 million settlement payment deposited by defendants into an escrow account on September 7, 2007.

1  Mike Stoller, individually and doing business as Mike Stoller Music; $50,000 to Frank Music
2  Corporation; and $50,000 to Peer International Corporation.
3        3.    This Court shall maintain exclusive personal and subject matter jurisdiction over
4  this action for the purpose of resolving all matters relating to the implementation or enforcement of
5  the Settlement Agreement including, but not limited to, any application for fees and expenses
6  incurred in connection with administering and distributing the settlement proceeds to members of
7  the certified settlement class in this action.

10  Dated:  February 12, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel